# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

RYAN MARSELIS, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

    v.

FOX FACTORY HOLDING CORP., MICHAEL C. DENNISON, SCOTT R. HUMPHREY, MAGGIE E. TORRES, DENNIS C. SCHEMM,

                Defendants.

Case No. 1:24-cv-00747

**<u>CLASS ACTION</u>**

**AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

**<u>JURY TRIAL DEMANDED</u>**

Lead Plaintiff Ryan Marselis ("Plaintiff"), individually and on behalf of all others similarly situated, by and through Plaintiff's undersigned counsel, for Plaintiff's complaint against Defendants, alleges the following based upon personal knowledge as to Plaintiff and Plaintiff's own acts, and upon information and belief as to all other matters based on the investigation conducted by and through Plaintiff's counsel, which included, among other things, review and analysis of: (a) U.S. Securities and Exchange Commission ("SEC") filings by Fox Factory Holding Corp. ("Fox Factory," "Fox," or the "Company"); (b) press releases and media reports issued and disseminated by the Company; (c) analyst reports concerning Fox Factory; (d) other public information regarding the Company, including transcripts of conference calls with analysts and investors held by the Company; and (e) interviews with former Fox Factory employees. Plaintiff believes that substantial, additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1.    This securities class action is brought on behalf of all persons or entities (other than Defendants and certain related parties described herein) who purchased Fox Factory common stock between May 6, 2021 and November 2, 2023, inclusive (the "Class Period"). The claims arise under §§10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5

promulgated thereunder.  Defendants are Fox Factory and certain of its former and current officers and/or directors.

2.    Duluth, Georgia-based Fox Factory engineers, manufactures, and markets high-performance suspension products used on bicycles, on- and off-road vehicles, ATVs, snowmobiles and other specialty vehicles.  Fox Factory's suspension products are designed and marketed to leading cycling and powered vehicle original equipment manufacturers ("OEMs"), while others are distributed to consumers through a global network of dealers and distributors (the "aftermarket").  During most of the Class Period, the Company's business was divided into two primary groups: Specialty Sports Group ("SSG") (f/k/a Fox's "Bike Division"), which designs and manufactures high-performance suspension products for bikes, and Fox's Powered Vehicle Group ("PVG"), which designs and manufactures suspension components for off-road and specialty vehicles.

3.    After a burst of consumer demand for bicycles following the onset of the COVID-19 pandemic depleted existing inventories of bicycles in OEM, dealer, and distributor channels, Fox's SSG customers, concerned with navigating logistical and supply chain challenges from pandemic-related shutdowns, began ordering significantly more product than usual from Fox and other component suppliers to ensure that they would have sufficient stock to manufacture enough bicycles to satisfy the surge in consumer demand.  As a result, Fox's revenue soared.

In the third and fourth quarters of 2020, SSG reported revenue growth of 32.4% and 44.6%, respectively, over the prior year periods, and for the fiscal year ended January 1, 2021, SSG's sales grew by 22.4% year-over-year.  By the end of 2020, the volume of orders placed by OEMs was so great that lead times (length of time from order to shipment) for Fox's shocks, forks, and suspensions had risen to approximately 300 days.

4.     However, consumer demand for bikes quickly began to wane during 2021 and by October, demand for bicycles had fallen back to, or below, pre-pandemic levels where it stayed for the remainder of the Class Period.  Having placed orders with component suppliers including Fox for far more parts than they needed during the first year of the pandemic, as early as 1Q-2021, Fox's OEM customers began requesting that shipments of existing orders be delayed.  Unwilling to jeopardize its relationships with its large OEM customers, Fox agreed.  However, by late 2021 and into 2022, OEMs were canceling orders outright.  The same pattern played out with SSG's aftermarket customers.  When it became apparent in 2021 that the pandemic-fueled surge in consumer demand for bikes was transitory and dealers and distributors had over-ordered during the first year of the pandemic, dealers and distributors began to cancel or reduce their orders with Fox.

5.     Notwithstanding the foregoing, throughout the Class Period, Defendants consistently characterized demand for Fox's shocks, forks, and bike

suspension products as "unprecedented," "incredibly strong," and showing "no signs of abating," and commented that "the tectonic shift created in consumer demand by the pandemic seem[ed] more than just a transitory bubble." Moreover, Defendants boasted of their "close[] proximity" to Fox's OEM customers and the insights this afforded Fox, reassuring investors that Defendants were "keeping a finger on the pulse of demand." Even as SSG began reporting negative sales growth in February 2023, Defendant Dennison insisted that Fox "continue[d] to see positive signs with end customer demand," that demand was "strong" and had not "been the problem."

6. PVG was also impacted by the same market conditions afflicting SSG—an initial pandemic-fueled surge in demand that quickly waned and, according to several former PVG employees, Fox inflated PVG sales and revenues in 2021 and 2022 by pulling forward orders at quarter ends.

7. The truth about Fox's business did not reach the market until November 2, 2023, when Fox announced that SSG sales had declined an astounding 58.6% to just $72 million, PVG's sales growth had slowed, and Fox was reducing its FY-2023 guidance. In a call with securities analysts and investors, Defendant Dennison for the first time cited "slower buying patterns" from OEMs and a drop in consumer demand as the reasons for the precipitous decline in SSG's sales. PVG sales increased by just 10.2% as compared to the 25.1% in the prior year period,

and the 35% and 29% sales growth that PVG experienced in the first two quarters of the year, despite the inclusion of new revenue from a recent acquisition.  In response, the price of Fox Factory's common stock declined $22.60, or 37.34%, to close at $60.53, causing investors massive losses.

## JURISDICTION AND VENUE

8.    The claims asserted herein arise under §§10(b) and 20(a) of the Exchange Act, 15 U.S.C. §78j(b) and 78t(a), as well as Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.

9.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and Section 27 of the Exchange Act.

10.    Venue is proper in this Judicial District pursuant to Section 27 of the Exchange Act, 15 U.S.C. §78(a), and 28 U.S.C. §1391(b).  Fox maintains its headquarters in Duluth, Georgia, which is within this District, and many of the acts giving rise to the violations of law complained of occurred in this District.

11.    In connection with the acts alleged in this Complaint, Defendants, directly or indirectly, used the instrumentalities of interstate commerce, including interstate wires, U.S. Postal Service mail, wireless spectrum, and the national securities exchange.

## PARTIES

12.    Plaintiff is a resident of Gilbert, Arizona.  Plaintiff purchased Fox common stock as described in the Certification filed with this Court on February 20, 2024, incorporated by reference herein, and was damaged hereby.

13.    Defendant Fox designs, manufactures, and markets performance-defining products and systems used primarily on bikes, side-by-sides, on-road vehicles with and without off-road capabilities, off-road vehicles and trucks, ATVs, snowmobiles, and specialty vehicles and applications.  Fox Factory is incorporated under the laws of the State of Delaware and maintains its principal executive offices at 2055 Sugarloaf Circle, Suite 300, Duluth, GA 30097.  Fox Factory's common stock trades on NASDAQ under the ticker symbol "FOXF."

14.    Defendant Michael C. Dennison ("Dennison") is, and at all relevant times was, the Chief Executive Officer ("CEO") and a Director of Fox.

15.    Defendant Dennis C. Schemm ("Schemm") is the Chief Financial Officer ("CFO") of Fox.  Defendant Schemm was appointed CFO on June 12, 2023.

16.    Defendant Maggie E. Torres ("Torres") was appointed Interim CFO on April 3, 2023, a position she held until June 12, 2023, when she resigned and moved to the role of Director of Accounting Projects.

17.    Defendant Scott R. Humphrey ("Humphrey") served as CFO of Fox from August 4, 2020, until April 5, 2023.

6

18.    Defendants Dennison, Schemm, Torres, and Humphrey are referred to collectively herein as the "Individual Defendants."

19.    The Individual Defendants, because of their positions within the Company, possessed the power and authority to control the contents of Fox's filings with the SEC, press releases, and presentations to securities analysts, money and portfolio managers, and institutional investors, *i.e.*, the market.  They were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected.  Because of their positions with the Company, and their access to material non-public information available to them but not to the public, such as direct knowledge of the Company's core business operations and the interrelated supply chain, demand and sales pipeline information, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from the public, and that the positive representations being made were then materially false and misleading.  The Individual Defendants are liable for the false statements pleaded herein.

## SUBSTANTIVE ALLEGATIONS

### A.    Background

20.    Fox Factory engineers, manufactures, and markets high-performance suspension products for numerous applications throughout the world.  The

Company sells its products to OEMs, retail dealers, and aftermarket-related distributors worldwide. During most of the Class Period (until 2Q-2023), the Company's business was divided into two groups: SSG (f/k/a Fox's "Bike Division") and PVG. In the second quarter of fiscal year 2023, Fox Factory announced that it had realigned its PVG business into "Powered Vehicles Group" and "Aftermarket Applications Group" to align with the company's end customers.

21.    During the Class Period, SSG sales accounted for between 40% and 45% of Fox's total revenue and approximately 75% to 80% of that revenue was derived from the sale of component parts manufactured by Fox to bicycle OEMs—primarily, the sale of front and rear suspension products used in high-end mountain bikes. Fox Factory's OEM customers include the largest bicycle manufacturers in the world, such as Giant Manufacturing Co., Specialized Bicycle Components ("Specialized"), and Trek Bicycle Corporation. The remaining 20% to 25% of SSG's revenue was derived from Fox's manufacture and sale of bicycle parts such as cranks, bars, and pedals to dealers and distributors for resale in the aftermarket. The predominant majority of bikes using Fox Factory's SSG products are sold in the North America market.

22.    Fox Factory manufactures its bicycle products at its manufacturing facility in Taiwan. The products manufactured for OEMs are shipped to OEMs directly from its Taiwan facility. Bicycle products sold in the aftermarket are sent

directly to distributors and to Fox Factory's in-house aftermarket warehouses for shipment to distributors and dealers.

23.     During the Class Period, PVG sales accounted for 55% to 60% of Fox's total revenue, and PVG revenue was derived from the sale of Fox-manufactured component parts to powered-vehicle OEMs and to dealers and distributors in the aftermarket.  On the OEM side, Fox manufactured and sold powered-vehicle suspension products to OEMs, and counted Ford, Jeep, and Polaris among its customers.  After incorporating Fox's products into their powered vehicles, OEMs sold their vehicles to independent dealers, which, in turn, sold them to consumers.  On the aftermarket side, Fox manufactured and sold products such as suspension systems, lift kits and components, shock products, interior accessors, and wheels, tire, and body enhancements to upfit vehicles for off-road capabilities. These products were sold by Fox to dealers and distributors for resale to consumers.

24.     Fox recognizes revenue from its product sales when a performance obligation is satisfied by transferring control of a product to a customer, generally at the time of shipment.  Contracts are generally in the form of purchase orders.

**B.     During the Class Period, Demand For Bicycles Was Declining and OEMs Delayed, and Later Canceled Orders They Had Placed With Fox**

25.     Demand for bicycles exploded during the 2020 pandemic year due to lockdowns and a surge in popularity of outdoor activities including cycling.

9

According to statistics published by the World Bicycle Industry Association ("WBIA"), between 2016 and 2019, bike sales in the U.S. averaged 17 million units each year.  In contrast, during 2020, 21.8 million units were sold in the U.S.

26.    As bike inventories quickly sold out, OEMs moved aggressively to build a sufficient number of bikes to fulfill the surge in demand while navigating logistical and supply chain challenges from pandemic-related shutdowns. Consequently, in 2020, bike OEMs began to order significantly more product than usual from component part manufacturers including Fox to meet the increase in consumer demand and ensure that they had sufficient stock to manufacture bikes in 2021 and beyond.  In an August 11, 2023 interview with a Public Company Research Organization ("PCRO"), the Chief Operating Officer ("COO") of Specialized, one of Fox's largest OEM customers, estimated that from April 2020 through the end of the year, OEM order levels were an astounding 60% to 70% above 2019 levels.  As a result, by the end of 2020, lead times (length of time from order to shipment) for Fox's shocks, forks, and other products had risen to approximately 300 days.

27.    The outsized demand for bikes did not last, however.  According to the COO of Specialized, by October 2021, bike sales had fallen back to 2019 levels and from that point remained at or below 2019 levels through 2023.  Indeed, the WBIA reported that 17.9 million bicycle units were sold in the U.S. in 2021 consistent with

pre-pandemic levels.  In a May 30, 2024 interview with the PCRO, the COO of Specialized explained that as demand began to moderate, from March through September of 2021, OEMs, who had aggressively placed large orders given the outsized demand for bikes in 2020, began canceling those orders.  According to the COO of Specialized, some OEMs cut their orders by as much as 60%.  However, this left Fox holding substantial purchase orders for shocks, forks, and suspensions for bikes that were no longer being produced.  In addition, since Fox had already manufactured some or all of these parts, Fox was left holding large inventories of both raw materials and finished goods as well.  Indeed, during this period, and throughout the Class Period, Fox's inventory increased significantly:

| Quarter | Inventory |
|---------|-----------|
| 4Q-2020 | $127,100,000 |
| 1Q-2021 | $166,546,000 |
| 2Q-2021 | $208,550,000 |
| 3Q-2021 | $246,185,000 |
| 4Q-2021 | $279,800,000 |
| 1Q-2022 | $314,971,000 |
| 2Q-2022 | $349,050,000 |
| 3Q-2022 | $354,223,000 |
| 4Q-2022 | $350,600,000 |
| 1Q-2023 | $379,892,000 |
| 2Q-2023 | $355,218,000 |
| 3Q-2023 | $341,209,000 |

28.    To deal with this situation, the COO of Specialized explained that rather than canceling their orders with Fox outright, the OEMs initially agreed with

Fox to delay shipment of the parts. Specifically, the OEMs committed to follow through with the orders at an agreed time in the future and in the interim, Fox agreed to warehouse them.

29.    Multiple former employees ("FEs") of Fox Factory also related that OEMs were delaying orders with Fox in the first half of 2021. FE 1 was Manager of Demand Planning and Forecasting at Fox from July 2018 to July 2022, and Senior Manager of Demand Planning and Forecasting from July 2022 to November 2023, and reported to Fox's VP of Supply Chain, Mark Garcia. Garcia reported to Wesley Allinger, Executive VP in SSG's Cycling Business Unit, who in turn reported to Christopher J. Tutton, SSG's President. Tutton reported directly to Defendant Dennison. FE 1 managed a team of seven employees that monitored inventory and did demand planning and forecasting for both the OEM and aftermarket distribution segments of SSG. FE 1's team participated in monthly sales operations and planning ("SO&P") meetings in which issues with slowing demand, including in the OEM market, and inventory build-up were discussed. VP of Supply Chain Garcia and SSG President Tutton sat in on SO&P meetings and reviewed sales forecasts. Weekly reports with respect to these issues were provided to FE 1's team and SSG President Tutton by Sydney Wu, VP International & Controller at Fox, who was based in Taiwan and reported to Fox's CFO, Scott Humphrey until he left the Company in April 2023.

30.    FE 1 stated that "a lot" of SSG's OEM customers approached Fox in the first half of 2021 about delaying shipments of the parts they had ordered from Fox due to delayed shipments of components from other suppliers.  According to FE 1, these requests to delay shipments were frequently extended and sometimes led to outright cancellations of the orders in late 2021 and 2022.  FE 1 identified VP of Sales Jared Connell and SSG President Tutton as approving order cancellations in order to maintain Fox's relationships with its OEM customers.

31.    Fox's agreements with the OEMs in 2021 to delay fulfillment of existing orders led to lower OEM demand in 2022 and 2023.  According to FE 1, products shipped in 2022 were largely the fulfillment of earlier delayed orders as demand had petered out by then.  FE 1 estimated that OEM demand in 2022 declined by 40% and that demand from Specialized, the OEM that experienced the most dramatic decline in 2022, fell an estimated 60%.

32.    Indeed, Fox's former VP of Supply Chain stated in a May 29, 2024 interview with the PCRO that by 2Q-2022 Fox was proactively approaching customers on its own to cancel what Fox believed were excessive orders and indicated that Fox had "difficult" conversations during this period with a number of OEM customers who broached returning unneeded product to Fox.

33.    FE 1 stated that lead times for aftermarket orders were also extended in 2020 and 2021 because Fox's manufacturing process prioritized orders from OEM customers over aftermarket orders.

34.    Unlike OEMs who placed orders and received shipments directly from Fox's Taiwan manufacturing facility, aftermarket dealers and distributors placed orders directly with Fox in the U.S. which were fulfilled from its in-house warehouses.

35.    However, by the time delays and cancellations of OEM orders freed up capacity at Fox's manufacturing facility in Taiwan to fulfill the aftermarket orders, demand had declined or disappeared altogether and in early 2022, FE 1 raised concerns that the Company did not need all the aftermarket products that Taiwan was then making.   According to FE 1, as aftermarket dealers and distributors began to cancel orders, inventory built up across the board and hit critical mass in July 2022.

36.    FE 1 explained that Fox's warehouse in Reno, Nevada would normally receive one or two shipping containers of aftermarket products from Taiwan each month.   In July 2022, however, 17 shipping containers filled with aftermarket products arrived at Fox's Reno facility from Taiwan.   According to FE 1, so much product arrived in June, July, and August of 2022, Fox's Reno and Vancouver

locations obtained offsite storage to keep up. FE 1 stated that EVP Wesley Allinger and SSG President Tutton were aware that aftermarket inventories were increasing.

37.    FE 2 was the Customer Service Manager/Call Center Manager for the SSG aftermarket division from 2018 to April 2023. Prior to that, from October 2005 to 2018, FE 2 worked in customer service at Fox Factory's SSG aftermarket call center. FE 2 reported to Steve Watkins, the Director of Bike Global Aftermarket Fulfillment and Domestic Sales and Services, who in turn reported to SSG President Tutton. FE 2 learned through conversations with colleagues on the OEM side of SSG who worked out of Scotts Valley, CA, that the OEMs had started over-ordering during the pandemic but began to cancel their orders around the summer of 2021 as the pandemic wound down. According to FE 2, it was known within the Company that COVID had created unrealistic demand and that the bottom was going to fall out.

38.    According to FE 2, the aftermarket side of SSG's business also began to experience a pattern of declining orders beginning in late 2021, as bicycle shops, having taken full advantage of the demand spike from COVID, now had excess inventory on hand. FE 2 explained that a customer interested in purchasing a bike will typically call 10 or even 20 bike shops looking for what they want. During COVID, as bike shops were getting more people shopping around, they were all buying more product. FE 2 recalled that by January or February 2021, bike shops

started to fill up on inventory and shortly thereafter, order cancellations and declines began. FE 2 stated that during 2021, bike dealers but especially bike shops had excess inventory that was not moving.

39.    FE 2 recalled that in the first half of 2021, Quality Bicycle Products, the largest bike distributor in the U.S., canceled a massive order worth millions with Fox. Steve Watkins, FE 2's supervisor, informed FE 2 of this cancellation. According to FE 2, Steve Watkins had a meeting with Tutton around this time to discuss the QBP order cancellation.

40.    FE 2 also confirmed that Fox's own inventory began to build up by late 2021 and 2022. From conversations with colleagues, FE 2 became aware that Fox's Taiwan production facility had an excess of raw materials and assembled parts from OEM order cancellations. FE 2 stated that aftermarket inventory also began to build up at Fox's warehouses. FE 2 recalled that aftermarket inventory began to build up in Fox's Nevada warehouse near Reno in April 2022. According to FE 2, the warehouse began receiving so much inventory from Taiwan that Fox had to rent space in a nearby building to house finished goods (shocks, forks, and seat posts) that began to pile up due to declining demand. FE 2 recalled watching employees physically moving excess inventory into the new warehouse around April or May of 2022. According to FE 2, inventory buildup at Fox was happening across the board and hit a critical mass around July 2022.

41.     Consistent with and corroborative of these accounts of delayed orders, beginning with its financial statements for the first fiscal quarter of 2021 ("1Q-2021"), Fox Factory began including a vague disclosure in the notes to its financial statements regarding remaining performance obligations ("RPOs").

42.     Generally Accepted Accounting Principles ("GAAP") define a performance obligation as a promise in a contract to transfer a distinct good or service to a customer and performance obligations are the unit of account for revenue recognition under GAAP.  *See* FASB ASC 606.  Under GAAP, a contract's transaction price is allocated to each distinct performance obligation and recognized as revenue when, or as, the performance obligation is satisfied.  *Id.*

43.     RPOs are the dollar value of revenue from signed customer contracts that have not yet been recognized on a company's financial statements.  Under GAAP, disclosure of RPOs is required if the performance obligations in the company's contracts are not to be satisfied within one year.

44.     Prior to 1Q-2021, Fox Factory's financial statements had never contained a disclosure regarding remaining performance obligations indicating that the performance obligations in its contracts were satisfied within one year.  However, in each of the first three quarters of fiscal 2021, Fox disclosed significant remaining performance obligations in the notes to its financial statements.  Specifically:

a)    In its financial statements for the first quarter of fiscal year 2021 ended April 2, 2021, Fox disclosed RPOs of $30.3 million, all of which Fox represented it expected to recognize as revenue in 2022;

b)    In its financial statements for the second quarter of fiscal year 2021 ended July 2, 2021, Fox disclosed RPOs of $10 million, all of which Fox represented it expected to recognize as revenue in 2022; and

c)    Fox's financial statements for the third quarter of fiscal year 2021 ended October 1, 2021, disclosed RPOs of $191.2 million, which Fox represented it expected to recognize as revenue in 2022 and 2023.

45.    Fox Factory offered no explanation for the sudden appearance of these unprecedented amounts of remaining performance obligations.  Importantly, however, their appearance coincides with the onset of negotiations between Fox and its OEM customers in the first and second quarters of 2021 to delay shipments of products Fox was manufacturing under existing purchase orders as described in the witness accounts above.  Moreover, pushing out these old purchase orders allowed Fox to conceal the decline in demand from bike OEMs throughout 2022 and into 2023.

C.    **During the Class Period, Demand for PVG Products was Declining and Fox Was Inflating PVG Sales and Revenue by Pulling Orders Forward At Quarter Ends**

46.    Like SSG, PVG also experienced declining demand during the Class Period.  FE 3 is a former employee of SCA Performance Holdings Inc., a leading specialty vehicle manufacturer, which was acquired by Fox Factory in 2020. Following the acquisition, FE 3 worked as VP of Sales in the aftermarket segment of Fox's PVG business, the Aftermarket Sales Group ("ASG"), from November 2020 to April 2024.  FE 3 oversaw a group of approximately 50 salespeople selling PVG's upfitting packages to dealers for aftermarket vehicles.  FE 3 reported to Tom Fletcher, President of the Aftermarket Applications Group ("AAG") on the PVG side of Fox's business.

47.    FE 3 explained that PVG was affected by the same market conditions as SSG.  FE 3 recounted that by mid-2022, the surge in demand from COVID was over.  Dealers started pushing back saying they no longer wanted the inventory, and the salesmen found themselves having to try and resell the same products again. Nevertheless, when ASG received its sales target for 2022, there was a large increase.  FE 3 recalled that the Company also increased the 2022 sales target for the PVG division overall.  FE 3 stated that sales targets for the next fiscal year were generally finalized in November the previous year.

48.    According to FE 3, SSG was not doing well, and the sales target for PVG for 2022 was increased to make up for the expected shortfall.  FE 3 estimated the size of the shortfall that PVG was tasked with making up at approximately $100 million.  It was known internally within the Company that SSG's sales numbers were horrible, and Fletcher explained that SSG's performance was not expected to improve for the next 6 to 18 months.  FE 3 also recalled that ASG was told that it had to achieve $480 million in sales overall in 2022, and FE 3 recalled telling Fletcher that the market was not that big.  According to FE 3, ASG was similarly tasked with making up the difference for SSG's poor performance in 2023 and 2024.  Tired of trying to sell a false narrative to the team F3 managed that it was possible to continue hitting the sales numbers Fox was asking of them, FE 3 left Fox Factory in April 2024.

49.    In addition to concealing declining demand, Defendants inflated PVG's reported revenue by shipping open aftermarket orders early – *i.e.*, before the agreed shipping date.

50.    According to FE 4, a Cost Accounting Manager for PVG who worked in PVG's Gainesville, Georgia facility from July 2019 to June 2022, in order to recognize the revenue early, Fox was shipping open aftermarket orders before quarter ends in advance of their agreed shipment dates.  FE 4 identified 4 Wheel Parts as a Fox customer impacted by this practice.  According to FE 4, upon

receiving these early deliveries, this customer would just ship the inventory right back to Fox. According to FE 4, this returned inventory would sit on the manufacturing floor for months until the return was processed, sometimes six months after it was first shipped to the customer.

51.    FE 4 was knowledgeable concerning the delay in processing returned shipments because Fox did not have a fixed asset accounting employee. As a result, FE 4 was overseeing the transition of inventory from Fox's old facilities in California, which were being closed, to the Company's new facility in Gainesville, Georgia. As a cost accountant, FE 4 was able to see when revenue for these orders was recognized and when it was reversed.

52.    In January 2022, before FE 4 left Fox, FE 4 discussed PVG's pulling forward of revenue at quarter ends with Defendant Humphrey and Brandon Turner, a plant controller. Defendant Humphrey responded that he shared FE 4's concerns.

53.    FE 4 left Fox because of improper accounting practices such as these.

54.    FE 4 also related that demand for PVG products was impacted by the loss of OEM customers Jeep and Polaris in 2022. FE 4 explained that Fox had to know it was going to lose these customers a year in advance due to the length of the sales cycle. According to FE 4, from the time the Gainesville, Georgia plant was opened around April 2021 to the time FE 4 left the Company in June 2022, Fox went from being able to store all of the raw materials and finished components it

had manufactured for dealers and distributors in the Gainesville plant to having five additional storage warehouses ranging in size from 1,000 to 3,000 square feet. PVG inventory on hand grew from around $25 million when FE 4 joined Fox in 2019 to $108 million by the time FE 4 left the Company.

55.   FE 5, a PVG cost accountant who worked at Fox's Gainesville, Georgia facility from July 2021 to April 2022, was also aware that Fox was pulling forward PVG sales and revenue at quarter ends. Colleagues who had completed a trend analysis informed FE 5 that Fox's billing spiked at quarter ends. According to FE 5, every quarter billing was up within the last few days of the quarter and the Company was pushing out way more goods than on average. As a cost accountant, FE 5 could go into the system and see what goods were shipped out, when the shipments were due, and that they were shipped out early. FE 5 spoke with the logistics team about this issue. FE 5 also knew that these orders were being returned. This practice was ongoing for most of the time FE 5 was at Fox.

56.   According to FE 5, Fox lacked adequate internal controls with respect to inventory. FE 5 explained that returns were not processed back into inventory and, therefore, returns would have to be estimated in order to reduce revenue.

57.   FE 5 also stated that the Gainesville facility became overrun with obsolete inventory following the closure of Fox's California facilities. FE 5 proposed writing off the obsolete material but was rebuffed. FE 5 stated that there

were two or three third-party warehouses in addition to Fox's own warehouse filled with this material.

## DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS DURING THE CLASS PERIOD

58.     Throughout the Class Period, in conference calls with analysts, press releases and SEC filings, Defendants made a series of materially false statements and misleading omissions that misrepresented and/or concealed from investors that (i) consumer demand for bikes and, consequently, SSG products had dropped significantly from pandemic levels; (ii) bike OEM customers already had excess inventories of bike parts and would not be placing new orders with Fox because of the decline in end-user demand; (iii) as a result of the decline in demand, OEMs were asking Fox to delay and/or cancel the shipment of existing orders and SSG's inventory was rising; (iv) demand for PVG products was declining and Fox was pulling forward revenue at the end of quarters in order to recognize revenue earlier; and (v) inventory was increasing as a result of slowing demand for SSG and PVG products and PVG's inventory was bloated with obsolete products that should have been written off.

### A.    Fox Factory's First Quarter 2021 Financial Results

59.     The Class Period starts on May 6, 2021, when Fox Factory announced its financial results for the first quarter of fiscal year 2021 ("1Q-2021") ended April 2, 2021, and increased guidance for the next quarter and for full fiscal year 2021

("FY-2021").  In a press release attached as an exhibit to a Form 8-K that Fox filed with the SEC, which was signed by Defendant Dennison, Fox reported sales of $281.1 million, which represented an increase of 52.2% over the same quarter in 2020 and reflected an 85.5% and 35% increase in SSG sales and PVG sales, respectively, over the prior year period.  SSG sales in 1Q-2021 were $118.4 million, and PVG sales were $162.7 million, according to Fox's 1Q-2021 Form 10-Q filed the same day.

60.    The press release stated that the increase in SSG sales was "***primarily driven by increased demand in both the . . . .  [OEM] and aftermarket channels.***" While the increase in PVG sales was ***"primarily due to the aftermarket channel, including SCA (SCA Performance Holdings, Inc.), which was acquired in March 2020***."  The press release also reported inventory of $166.5 million as of April 2, 2021 compared to $127.1 million as of January 1, 2021, due to "***business growth***." These statements were repeated in the Company's Form 10-Q for 1Q-2021, which was signed by Defendant Humphrey, and filed with the SEC on May 6, 2021. In addition, as noted above, in the notes to Fox's 1Q-2021 financial statements contained in the 1Q-2021 Form 10-Q, Fox disclosed, without explanation, RPOs of $30.3 million.

61.    On the same day, Fox hosted a call with investors and analysts to discuss the Company's 1Q-2021 financial results.  In the prepared remarks portion

of the call, Defendant Dennison touted "*unprecedented demand growth*," stating that "*demand for [Fox's] products in both PVG and SSG continue[d] to be strong,*" and that Fox "*continue[d] to capitalize on the extended rider base during this unprecedented restocking cycle by leveraging strong OEM and supplier relationships*."  Defendant Dennison also declared that "*[l]ooking forward to the rest of 2021, the demand projection remains very strong,*" that he was "*very excited about [Fox's] early momentum in 2021,*" and that "*[t]he tectonic shift created in the consumer demand by the pandemic seems more than just a transitory bubble.*"  For his part, Defendant Humphrey reiterated that SSG's growth during the quarter was "*driven by high demand in both the OEM and aftermarket channels*."

62.    In response to an analyst's question regarding the "drivers" of SSG's growth, Defendant Dennison cited "restocking" as a "significant part of the process, and stated that *"[m]ost of our distribution centers are empty[,] [s]o what we build, we sell all the way through the channel to the end consumer*."  Dennison further stated that *Fox had not "really started that restocking process to get distribution centers to some sort of realistic inventory levels[,] [s]o we've got that going on*."

63.    Asked what had given the Company confidence to raise guidance for 2Q-2021 and the year, Defendant Humphrey stated that "*the bike business continues to look strong*" and echoed Defendant Dennison's comments about

restocking stating "***the restocking doesn't really feel like it's happening yet[,] [w]e're still looking at meeting demand and not restocking shelves***." In response to a question about "the magnitude of the channel inventory deficiencies," Defendant Dennison stated that "***[u]sually, there is going to be between 5 and 8 months of inventory [in] distribution centers on a normal basis" and that "[o]n today's basis . . . call it, less than 2 weeks.  So that means you're potentially 8 months from having a restock[ed] inventory . . . distribution center, if you didn't sell anything***."

64.    Asked by another analyst to elaborate on the strength of SSG's sales on the OEM side versus the aftermarket side and whether "one [is] stronger than the other," Defendant Dennison responded that both businesses were "***incredibly strong.***"

65.    The statements referenced above in ¶¶59-64 were materially false and misleading because:

a)    Fox failed to disclose that end-user demand for bikes was declining significantly; that its SSG customers already had too much inventory and would not be placing new orders because of the decline in end-user demand; that, as a result of the decline in demand, OEMs were asking Fox to delay the shipment of existing orders and aftermarket

dealers and distributors were canceling orders; and that SSG's inventory was increasing as a result;

b)      The disclosure with respect to RPOs in the notes to the financial statements contained in the 1Q-2021 Form 10-Q provided no information regarding the circumstances that had given rise to the RPOs thereby misleading investors;

c)      Fox failed to disclose that it was pulling forward PVG revenue at the end of quarters in order to recognize revenue earlier; and

d)      Fox failed to disclose that PVG's inventory was bloated with obsolete products that should have been written off.

66.     Defendants' Form 10-Q for 1Q-2021 also contained materially false and misleading statements detailing risks to the company that were purportedly only hypothetical.  Under the "Risk Factors" section of Defendants' Form 10-Q, Defendants listed the following as "risks and uncertainties" that "***could*** [] materially and adversely affect[]" Fox Factory's business and operations "***[i]f [they] actually occur***":

> A significant portion of our sales are highly dependent on the demand for high-end bikes and a material decline in the demand for these bikes or their suspension components could have a material adverse effect on our business or results of operations.
>
> During 2020, approximately 41% of our sales were generated from the sale of bike products. Part of our success has been attributable to the growth in the high-end bike industry, including increases in average retail sales prices, as better-performing product designs and technologies have been incorporated into these products. ***If the popularity of high-end or premium-priced bikes does not increase or***

***declines, the number of bike enthusiasts seeking such bikes or premium-priced suspension products, wheels, cranks and other specialty components for their bikes does not increase or declines, or the average price point of these bikes declines, we may fail to achieve future growth or our sales could decrease, and our business, financial condition or results of operations could be negatively affected***.

\*    \*    \*    \*

We may not be able to sustain our past growth or successfully implement our growth strategy, which may have a negative effect on our business, financial condition or results of operations.

We grew our sales from approximately $751.0 million in 2019 to approximately $890.6 million in 2020. This growth rate may be unsustainable. . . . If we are unable to sustain our past growth or successfully implement our growth strategy, our business, financial condition or results of operations could be negatively affected.

\*    \*    \*    \*

We are a supplier in the high-end bike and powered vehicles markets, and our business is dependent in large part on the orders we receive from our OEM customers and from their success.

As a supplier to OEM customers, we are dependent in large part on the success of the business of our OEM customers. Model year changes by our OEM customers or production disruptions or hiatuses may adversely impact our sales or cause our sales to vary from quarter to quarter. In addition, losses in market share individually or ***a decline in the overall market of our OEM customers*** or the discontinuance by our OEM customers of their products which incorporate our products ***could negatively impact our business, financial condition or results of operations***.

67.    The "Risk Factors" listed above in ¶66 were materially false and misleading because the language used by Defendants framed them as merely hypothetical risks that could come to pass when in reality they were already occurring.

## B.    Fox Factory's Second Quarter 2021 Financial Results

68.    On August 5, 2021, Fox Factory announced its financial results for the second quarter of fiscal year 2021 ("2Q-2021") ended July 2, 2021, and once again

raised guidance for the next quarter and for FY-2021.  In a press release attached as an exhibit to a Form 8-K that Fox filed with the SEC, which was signed by Defendant Dennison, Fox reported sales of $328.2 million, which represented an increase of 79.2% over the same quarter in 2020 and reflected a 63.9% increase in SSG sales and 92.4% increase in PVG sales.  SSG sales in 2Q-2021 were $138.7 million and PVG sales were $189.4 million, according to Fox's 2Q-2021 Form 10-Q filed the same day.

69.    The press release attributed the increase in SSG sales to "***continued strong demand in the OEM channel along with excellent execution by our team in meeting such demand***," and the increase in PVG sales to "***increased demand in both [OEM] and aftermarket channels, including strong performance in our uplifting business***."  The press release also reported inventory of $208.6 million as of July 2, 2021, compared to $127.1 million as of January 1, 2021, and attributed the increase to "***additional raw materials purchases to mitigate risks associated with supply chain uncertainty.***"  These statements were repeated in the Company's Form 10-Q for 2Q-2021, which was signed by Defendant Humphrey, and filed with the SEC on August 5, 2021.  In addition, as noted above, in the notes to Fox's 2Q-2021 financial statements contained in the Form 10-Q, Fox disclosed, without explanation, RPOs of $10 million.

70.     In addition, Defendants' Form 10-Q for 2Q-2021 contained the same "Risk Factors" set forth in ¶66 above.

71.     On the same day, August 5, 2021, Fox Factory hosted a conference call with analysts and investors to discuss the Company's 2Q-2021 earnings release and business operations.  During the call, Defendant Humphrey commented that SSG's 64% year-over-year growth was "***driven by continued high demand in their OEM channels***," and Defendant Dennison stated that "***[t]he demand across [Fox's] product categories continue[d] to be strong with no signs of abating***." Although Defendant Dennison acknowledged "slight improvement in the bike inventory channels," he stated that "***inventory levels continue[d] to remain close to historic lows***," and that "***[w]ith the current pace of industry demand, [Fox] believe[d] it [would] still take 8 to 10 months to make a current customer demand level and another 12 to 18 months to refurnish depleted inventory channels***."  As he had the prior quarter, Dennison again stated that Fox "***continue[d] to capitalize on the expanded rider base during this unprecedented restocking cycle by leveraging strong OEM and supplier relationships***."  Defendant Humphrey attributed the increase in Fox's own inventory levels "***to additional raw material purchases to mitigate risks associated with supply chain uncertainty***."

72.    During the Q&A portion of the earnings call, Defendant Dennison rejected an analyst's suggestion that demand was being overestimated touting the Company's insight into OEM channels:

> I think the important thing here is . . . the closer proximity you have to sell-through to our OEM relationships of understanding what[] their business looks like and what they're doing in terms of current inventory levels. Given the pretty healthy idea of what could be happening . . . we just have found [overestimating demand] could not be a significant issue. . . . [R]ight now, the demand is still so much more significant than what can be supplied that . . . is not a factor. . . . Right now, not a big concern and not what we're talking about with our distributors or OEMs in terms of the risk or a big concern.

73.    The statements referenced above in ¶¶68-72 were materially false and misleading because:

(a)    Fox failed to disclose that end-user demand for bikes was declining significantly; that its SSG customers already had too much inventory and would not be placing new orders because of the decline in end-user demand; that, as a result of the decline in demand, OEMs were asking Fox to delay the shipment of existing orders and aftermarket dealers and distributors were canceling orders; and that SSG's inventory was increasing as a result;

(b)    The disclosure with respect to RPOs in the notes to the financial statements contained in the 2Q-2021 Form 10-Q provided no information regarding the circumstances that had given rise to the RPOs thereby misleading investors;

31

(c)    Fox failed to disclose that it was pulling forward PVG revenue at the end of quarters in order to recognize revenue earlier; and

(d)    Fox failed to disclose that PVG's inventory was bloated with obsolete products that should have been written off.

74.    In addition, the "Risk Factors" in Defendants' Form 10-Q for 2Q-2021 referenced in ¶70 above were materially false and misleading because the language used by Defendants framed them as merely hypothetical risks that could come to pass when in reality they were already occurring.

**C.    September 21, 2021 Analyst/Investor Day**

75.    On September 21, 2021, Fox Factory held an Analyst/Investor Day, with Defendants Dennison and Humphrey participating on behalf of the Company, among others.  On the call, Defendant Dennison reiterated Fox Factory's five-year plan to achieve $2 billion in revenue by 2025 through $1 billion of organic growth, stating, "***What we set out to go do is still what we need to go do.  So now with 4 years left in this time[-]line, we're going to grow this $1 billion, organically." Defendant Dennison stated that the growth was "absolutely" achievable, stating, "We're doing really well.  We're on track.  We feel great about that $2 billion. We actually feel a little better than great about that $2 billion.  There's lots of challenges ahead, lots of hurdles to overcome, but with the team in place and what we're doing, this is absolutely in our sights***."

76.    Although the statements referenced above in ¶75 were opinions, they were nevertheless materially false and misleading because, among other reasons, they (i) contained embedded statements of fact that were not true; and (ii) did not fairly align with the information about the Company's core operations, related product demand, sales pipeline, and supply chain, in the possession of Fox Factory and known to Defendant Dennison at the time.  At the time, Fox was not "doing really well" and was not "on track" and the sharply declining demand for SSG products alone made the Company's goal $2 billion in revenue by 2025 unreachable.

### D.    Fox's Third Quarter 2021 Financial Results

77.    On November 4, 2021, Fox released its financial results for the third quarter of fiscal year 2021 ("3Q-2021") ended October 1, 2021, and raised guidance for the next quarter and for FY-2021.  In a press release attached as an exhibit to a Form 8-K that Fox filed with the SEC, which was signed by Defendant Dennison, Fox reported sales of $347.4 million, which represented an increase of 33.3% over the same quarter in 2020, and reflected a 48.1% increase in SSG sales and a 22.8% increase in PVG sales.  SSG and PVG sales in 3Q-2021 were $159.4 million and $188 million, respectively, according to Fox's 3Q-2021 Form 10-Q filed the same day.

78.    The press release attributed the increase in SSG sales to "continued strong demand in the [OEM] channel" and the increase in PVG sales to "strong performance in our uplifting product lines, as well as increased demand in both the OEM and aftermarket channels."  The press release also reported inventory of $246.2 million as of October 1, 2021, compared to $127.1 million as of January 1, 2021, and stated that the increase was "primarily due to additional raw materials purchases to mitigate risks associated with supply chain uncertainty."  These statements were repeated in the Company's Form 10-Q for 3Q-2021, which was signed by Defendant Humphrey, and filed the same day.  In addition, as noted above, in the notes to Fox's 3Q-2021 financial statements contained in the Form 10-Q, Fox disclosed, without explanation, RPOs of $191.2 million.

79.    In addition, Defendants' Form 10-Q for 3Q-2021 contained the "Risk Factors" set forth in ¶66 above.

80.    On the same day, Fox Factory hosted a conference call with analysts and investors to discuss the Company's 3Q-2021 earnings release and business operations.  During the call, Defendant Humphrey reiterated that the 48.1% increase in SSG sales in the quarter was "***driven by continued high demand in the OEM channel***" and the increase in inventory was "***primarily due to additional raw materials purchases to mitigate risks associated with supply chain uncertainty and higher input costs***."

81.    In his prepared remarks, Defendant Dennison stated that "demand across [Fox's] product categories continue[d] to be strong with no signs of abating" and that Fox was "making investments to meet the historic level of demand." Dennison credited Fox's "staggering" growth to "the SSG team's ability to . . . anticipate industry demand fluctuations" and "scale and accelerate production to meet such levels of demand." Dennison also declared that Fox kept "a finger on the pulse of demand, which continue[d] to stay strong," and that he believed that Fox was "in a strong position as we have a good view of demand throughout 2022 for both OEM and aftermarket orders."

82.    Defendant Dennison also reiterated that, given high consumer demand and "historic" low inventory levels, it would take a year and a half to more than two years before inventory levels in OEM channels were back to normal stating:

> [T]alking about the current inventory levels and replenishment, my comments are similar to last quarter where the inventory levels continue to remain close to historic lows. With the current pace of industry demand, we believe it will still take 8 to 10 months to meet the current customer demand level and another 12 to 18 months to replenish the depleted inventory channels."

83.    During the Q&A portion of the call, an analyst again asked Defendant Dennison about "where the channel stands in terms of rebuilding inventory levels." In response, Defendant Dennison again claimed that it would take 8 to10 months just to meet current demand levels and another 12 to 18 months after that to replenish channel inventory because of depleted inventory levels and high consumer demand:

While you might see bikes starting to show up in dealer showrooms a little bit more frequently and a little bit better selection, there's a whole system behind that from distribution to hubs in both region and internationally that is still fundamentally empty. So like I said in the prepared remarks, I think you've got several multiple months of demand just to deliver to preorders. I think we've got 12 or 18 months of rebuilding of inventory that takes us clearly all the way through 2022 and beyond.  And I think our partners and customers still believe that new demand, new fresh demand coming in the system will carry us even beyond that. . . . [A]s you'll see, we think very positively about 2022 and early parts of 2023.

84.    When asked to discuss his thoughts on the business's prospects for organic growth in 2022, Defendant Dennison stated, ***"[W]e think the demand signals are incredibly strong and remain strong***."

85.    Another analyst stated, "[I]t sounds like demand [in SSG] is such that if you can manufacture it and ship it, you can book the revenue."  Dennison agreed, adding "***I think we're doing a great job keeping up with our OEMs and the demand signal***."

86.    The statements referenced above in ¶¶77-85 were materially false and misleading because:

a)    Fox failed to disclose that end-user demand for bikes was declining significantly; that its SSG customers already had too much inventory and would not be placing new orders because of the decline in end-user demand; that, as a result of the decline in demand, OEMs were asking Fox to delay the shipment of existing orders and aftermarket dealers and distributors were canceling orders; and that SSG's inventory was increasing as a result;

36

b) The disclosure with respect to RPOs in the notes to the financial statements contained in the 3Q-2021 Form 10-Q provided no information regarding the circumstances that had given rise to the RPOs thereby misleading investors;

c) Fox failed to disclose that it was pulling forward PVG revenue at the end of quarters in order to recognize revenue earlier; and

d) Fox failed to disclose that PVG's inventory was bloated with obsolete products that should have been written off.

87. In addition, the "Risk Factors" in Defendants' Form 10-Q for 3Q-2021 referenced in ¶79 above were materially false and misleading because the language used by Defendants framed them as merely hypothetical risks that could come to pass when in reality they were already occurring.

**E. Fox's Fourth Quarter and Full Year 2021 Financial Results**

88. On February 24, 2022, Fox announced its financial results for the fourth quarter ("4Q-2021") and for FY-2021 ended December 31, 2021, and raised guidance for the next quarter and for the full 2022 fiscal year ("FY-2022"). In a press release attached as an exhibit to a Form 8-K filed with the SEC, which was signed by Defendant Dennison, Fox reported sales of $342.3 million for 4Q-2021, which represented an increase of 30.5% over the same quarter in 2020 and reflected a 46.7% increase in SSG sales and an 18.6% increase in PVG sales. For the year,

Fox reported sales of $1.3 billion, which represented an increase of 45.9% over 2020, and reflected a 57.8% increase in SSG sales and 37.5% increase in PVG sales. SSG sales in 4Q-2021 and FY-2021 were $162.5 million and $579 million, respectively, and PVG sales in 4Q-2021 and FY-2021 were $180 million and $720 million, respectively, according to Fox's FY-2021 Form 10-K filed the same day.

89.    The press release attributed the increase in SSG sales to "***continued strong demand in the [OEM] channel***," and the increase in sales for FY-2021 to "***increased demand, primarily in the OEM channel***." The release also attributed the increase in PVG sales for 4Q-2021 to "***strong performance in our upfitting product lines***" and the increase in PVG sales for the year to "***increased demand in the aftermarket channel, including strong performance from our upfitting product lines, and the inclusion of a full twelve months of revenues from our SCA Performance Holdings, inc. subsidiary***."

90.    Also on February 24, 2022, Fox filed its 10-K for FY-2021 with the SEC, which was signed by Defendants Humphrey and Dennison. The 10-K reiterated that the "***increase in Special Sports product sales reflects higher demand primarily in the OEM channel***." The 10-K also reported that as of December 31, 2021, inventory was $279.8 million versus $127.1 million as of January 1, 2021, noting that the increase in inventory was "***primarily due to additional raw material purchases to mitigate risks associated with supply chain uncertainty and***

*shortages on certain parts needed to complete a suspension kit, as well as a higher*

*balance of finished goods due to the timing of shipments.*"

91.    The "Risk Factors" in Defendants' Form 10-K for FY-2021 were updated to include sales figures for 2021 but were otherwise identical to the "Risk Factors" set forth in ¶66 above.

92.    On the same day, Fox Factory hosted a conference call with analysts and investors to discuss the Company's 4Q-2021 and FY-2021 earnings release and business operations.    In the prepared remarks portion of the call, Defendant Humphrey attributed SSG's increase in sales "*primarily to increased demand across all channels*."

93.    In his prepared remarks, Defendant Dennison stated that the Company's ability to deliver "such staggering numbers" in the SSG division was "*due to the team's ability to . . . anticipate industry demand fluctuations, [and] to scale and accelerate production*."

94.    Dennison also reiterated that the Company had good insight into OEM demand, stating that Fox *"[kept] a finger on the pulse of demand, which continue[d] to stay very robust" and had "a good view of demand through 2022 for both OEM and aftermarket channels, which provide[d] reasonable confidence in [management's] current outloo*k."  Dennison further stated that although Fox was "starting to see a slight improvement in inventory levels and increased

replenishment in certain geographies and at certain price points, *management believed it would "take 5 months to 8 months to meet the existing customer demand level and another 9 months to 12 months to fully replenish depleted inventory levels.*"

95.    In response to an analyst's question whether the improvement in the time required to meet customer demand was due to decelerating demand strength, Dennison instead cited improvement in other suppliers' performance stating:

> *That's really a function of an industry dynamic as well.  So keep in mind, that's not just us because we're one part of it in the industry. There are other people have to deliver on their components as well to actually fulfill that demand*. . . .

96.    Finally, in response to a question about expected growth rates, Dennison stated that analysts "*should be thinking kind of low double digit*" growth rates for SSG.

97.    The statements referenced above in ¶¶88-96 were materially false and misleading because:

    (a)    Fox failed to disclose that end-user demand for bikes was declining significantly; that its SSG customers already had too much inventory and would not be placing new orders because of the decline in end-user demand; and that, as a result of the decline in demand, OEMs were asking Fox to delay the shipment of existing orders and that

aftermarket dealers and distributors were canceling orders; and that SSG's inventory was increasing as a result;

(b)    Fox failed to disclose that it was pulling forward PVG's revenue at the end of quarters in order to recognize revenue earlier; and

(c)    Fox failed to disclose that PVG's inventory was bloated with obsolete products that should have been written off.

98.    In addition, the "Risk Factors" in Fox Factory's FY-2021 Form 10-K referenced in ¶91 above were materially false and misleading because the language used by Defendants framed them as merely hypothetical risks that could come to pass when in reality they were already occurring.

**F.    Fox's First Quarter 2022 Financial Results**

99.    On May 5, 2022, Fox announced its financial results for the first quarter of fiscal year 2022 ("1Q-2022") ended April 1, 2022, and raised guidance for the next quarter and for FY-2022.  In a press release attached as an exhibit to a Form 8-K that Fox filed with the SEC, which was signed by Defendant Dennison, Fox reported sales of $378 million, which represented an increase of 34% over the same period the prior year and reflected a 43.5% increase in SSG sales and a 27.9% increase in PVG sales.  SSG's sales in 1Q-2022 were $169.9 million and PVG sales were $208.1 million, according to Fox's 1Q-2022 Form 10-Q filed the same day.

100.    The press release stated that "***the increase in [SSG] sales [was] driven by continued strong demand in both the [OEM] and aftermarket channels***," while the increase in PVG sales was "***primarily due to strong performance in our upfitting product lines***."  Inventory as of April 1, 2022 was $315 million compared to $279.8 million as of December 31, 2021, an increase the release attributed to "***additional raw materials purchases to mitigate risks associated with supply chain uncertainty***."  These statements were repeated in the Company's Form 10-Q for 1Q-2022, which was signed by Defendant Humphrey and filed with the SEC on May 5, 2022.

101.    In addition, Defendants' Form 10-Q for 1Q-2022 contained the "Risk Factors" referenced in ¶91 above.

102.    62.    On the same day, Fox Factory hosted a conference call with analysts and investors to discuss the Company's 1Q-2022 earnings release and business operations.  In the prepared remarks portion of the May 5, 2022 earnings call, Defendant Humphrey stated that the 43.5% increase in year-over-year sales for SSG was "***primarily due to increased demand across all channels***."

103.    In his prepared remarks, Defendant Dennison likewise highlighted SSG's sales growth and once again assured investors that Fox kept "***a finger on the pulse of demand***."  He went on to say that although Fox was seeing "some level of inventory normalization, especially in entry-level bikes,  . . . ***inventory levels for***

*high-end mountain bikes and e-bikes remain[ed] low, at less than 2 months versus 3 to 4 months under normal circumstances*," and that "*demand for mid- to high-end bikes along with e-bikes continue[d] to be strong*."  Defendant Dennison further assured investors that Fox's "*order book remain[ed] robust for the rest of 2022*."  Later, in response to an analyst's question, Defendant Dennison stated that Fox *had not "seen demand slack off at all in any of [its] product lines over the course of the end of [2021] or the beginning of [2022]" and that there was nothing in the macro- or company-specific guidance of $2 billion in revenue in 2025 that the Company had provided at its September 21, 2021 Analyst Day that changed that guidance, stating "we feel pretty damn good about it*."

104.    The statements referenced above in ¶¶99-103 were materially false and misleading because:

a)     Fox failed to disclose that end-user demand for bikes was declining significantly; that its SSG customers already had too much inventory and would not be placing new orders because of the decline in end-user demand; that, as a result of the decline in demand, OEMs were canceling orders and/or delaying the shipment of existing orders, that aftermarket dealers and distributors were canceling orders; and that SSG's inventory was increasing as a result;

b)      Fox failed to disclose that demand for PVG products had declined, including due to the loss of major OEM customers Jeep and Polaris, and that Fox was pulling forward PVG revenue at the end of quarters in order to recognize revenue earlier; and

c)      Fox failed to disclose that PVG's inventory was increasing as a result of slowing demand and PVG's inventory was bloated with obsolete products that should have been written off.

105.    In addition, the "Risk Factors" in Defendants' Form 10-Q for 1Q-2022 referenced in ¶100 above were materially false and misleading because the language used by Defendants framed them as merely hypothetical risks that could come to pass when in reality they were already occurring.

### G.      Fox's Second Quarter 2022 Financial Results

106.    On August 4, 2022, Fox announced its financial results for the second quarter of fiscal year 2022 ("2Q-2022") ended July 1, 2022, and raised guidance for FY-2022.  In a press release attached as an exhibit to the Company's Form 8-K filed with the SEC, which was signed by Defendant Dennison, Fox reported sales of $406.7 million, which represented an increase of 23.9% over the same quarter the prior year and reflected a 28.1% increase in SSG sales and 20.9% increase in PVG sales over the prior year period.  SSG and PVG sales in 2Q-2022 were $177.6 million and $229

million, respectively, according to Fox's 2Q-2022 Form 10-Q filed the same day.  The press release reported that the increase in SSG sales was "***driven by continued strong demand in the original equipment manufacturer ('OEM') channel***," while the increase in PVG sales was "***primarily due to strong performance in our upfitting product lines***."  Additionally, the press release quoted Defendant Dennison as stating that Fox was "***still seeing healthy demand across most of our diversified portfolio for the balance of the year***."  The release also reported inventory of $349.1 million as of July 1, 2022, compared to $279.8 million as of December 31, 2021, an attributed the increase to "***receipt of long lead time items that had been delayed, higher levels of safety stock to mitigate uncertainty, and natural growth to meet anticipated demand***."

107.    That same day, Fox also filed with the SEC a Form 10-Q for 2Q-2022, signed by Defendant Humphrey, containing the Company's previously announced financial results, which reiterated that ***the increase in SSG sales during the quarter was "due to continued strong demand in both the OEM and aftermarket channels***" and that ***"[t]he change in inventory [was] primarily due to additional raw materials purchases to mitigate risks associated with supply chain uncertainty***."

108.   In addition, Defendants' Form 10-Q for 2Q-2022 contained the "Risk Factors" referenced in ¶91 above.

109.   On the same day, Fox Factory hosted a conference call with analysts and investors to discuss the Company's 2Q-2022 results and business operations. During the prepared remarks portion of the call, Defendants again claimed that the SSG segment continued to see high demand with Defendant Dennison stating that the 43.5% increase in year-over-year sales for SSG was "***primarily due to increased demand across all channels***." Defendant Dennison further stated that although Fox was "seeing the signs of a return to normal, and . . . expect[ed] SSG to return to more typical growth rates beginning in Q3 and [the] return of seasonality in Q4," inventories of "***high-end bike levels were still below the preferred levels, and the rising popularity of e-bikes [wa]s continuing to fuel demand***."

110.   When asked about the impact of a possible recession on Fox's business, Defendant Dennison indicated that a lot of Fox's product lines were still in a backlog situation and stated that "***for the balance of this year in most of our product lines, we're going to continue to just try to keep up with the demand that we already have . . . [a]nd so that will drive I think . . . a strong Q3 and Q4 based on [the company's guidance]***." Defendant Dennison also expressed continued confidence in the Company's 2025 guidance for $2 billion in revenue stating:

> ***[W]e're really happy with our position relative to 2025 and $2 billion of revenue and 25% EBITDA. I think we're tracking right to it. And***

***in the last quarter, we saw the right signs of improvement and
progress that give us even more confidence to those commitments.***

111.    The statements referenced above in ¶¶106-110 were materially false

and misleading because:

a)    Fox failed to disclose that end-user demand for bikes was declining

significantly; that its SSG customers already had too much inventory

and would not be placing new orders because of the decline in end-

user demand; that, as a result of the decline in demand, OEMs were

canceling orders and/or asking Fox to delay the shipment of existing

orders; that aftermarket dealers and distributors were canceling orders;

and that SSG's inventory was increasing as a result;

b)    Fox failed to disclose that demand for PVG products had declined,

including due to the loss of OEM customers Jeep and Polaris, and that

Fox was pulling forward PVG revenue at the end of quarters in order

to recognize revenue earlier; and

c)    Fox failed to disclose that PVG's inventory was increasing as a result

of slowing demand and PVG's inventory was bloated with obsolete

products that should have been written off.

112.    In addition, the "Risk Factors" in Defendants' Form 10-Q for 2Q-2022

referenced in ¶108 above were materially false and misleading because the

language used by Defendants framed them as merely hypothetical risks that could come to pass when in reality they were already occurring.

### H.   Fox's Third Quarter 2022 Financial Results

113.   On November 3, 2022, Fox announced its financial results for the third quarter of fiscal year 2022 ("3Q-2022") ended September 30, 2022, and raised guidance for FY-2022.  In a press release attached as an exhibit to the Company's Form 8-K filed with the SEC, which was signed by Defendant Dennison, Fox reported sales of $409.2 million for the quarter, which represented a 17.8% increase over the prior year period and reflected 9.1% increase in SSG sales and a 25.1% increase in PVG sales.  SSG sales in 3Q-2022 were $174 million and PVG sales were $235.2 million according to Fox's 3Q-2022 Form 10-Q filed the same day.

114.   The press release attributed the increase in SSG sales to "***continued strong demand in the [OEM] channel***," while the increase in PVG sales was "***primarily due to strong performance in our upfitting product lines and increased demand in the [OEM] channel***."  The release also reported inventory of $354.2 million as of September 30, 2022, compared to $279.8 million as of December 31, 2021, attributing the increase to "***receipt of long lead time items that had been delayed, higher levels of safety stock to mitigate uncertainty, and natural growth to meet anticipated demand***."

115.   Fox also filed a Form 10-Q for 3Q-2022 on November 3, 2022, signed by Defendant Humphrey, containing the Company's previously announced financial results and financial position.  The 10-Q reiterated that the increase in SSG sales for the quarter was "***driven by continued strong demand in the [OEM] channel***" and that "***[t]he changes in inventory . . . [were] primarily due to additional raw materials purchased to mitigate risks associated with supply chain uncertainty.***"

116.   In addition, Defendants' Form 10-Q for 3Q-2022 contained the "Risk Factors" set forth in ¶91 above.

117.   On the same day, Fox Factory hosted a conference call with analysts and investors to discuss the Company's 3Q-2022 results and business operations. During the prepared remarks portion of earnings call, Defendant Humphrey reiterated that the increase in sales in SSG for 3Q-2022 was "***primarily due to increased demand in our OEM channel***."

118.   Although Defendant Dennison noted that Fox Factory was seeing some signs of demand normalizing in the SSG segment, he assured investors that ***channel inventory for "high-end mountain bikes [was] still below the preferred levels and the rising popularity of e-bikes [was] continuing to keep the demand relatively strong as supply chains are improving***."

119.    In response to an analyst's question during the Q&A portion of the earnings call, ***Defendant Dennison stated that he was still confident in the "2025 vision" of $2 billion in revenue***.

120.    The statements referenced above in ¶¶114-119 were materially false and misleading because:

a)    Fox failed to disclose that end-user demand for bikes was declining significantly; that its SSG customers already had too much inventory and would not be placing new orders because of the decline in end-user demand; that, as a result of the decline in demand, OEMs were canceling orders and/or asking Fox to delay the shipment of existing orders; that aftermarket dealers and distributors were canceling orders; and that SSG's inventory was increasing as a result;

b)    Fox failed to disclose that demand for PVG products had declined, including due to the loss of OEM customers Jeep and Polaris; and

c)    Fox failed to disclose that PVG's inventory was increasing as a result of slowing demand and PVG's inventory was bloated with obsolete products that should have been written off.

121.    In addition, the "Risk Factors" in Defendants' Form 10-Q for 3Q-2022 referenced in ¶115 above were materially false and misleading because the

50

language used by Defendants framed them as merely hypothetical risks that could come to pass when in reality they were already occurring.

## I.    Fox Factory's Fourth Quarter and Full Year 2022 Financial Results

122.   On February 23, 2023, Fox announced its financial results for the fourth quarter ("4Q-2022") and for FY-2022 ended December 31, 2022, and raised guidance for the first quarter of fiscal year 2023 ("1Q-2023") and for the full fiscal year 2023 ("FY-2023").  In a press release attached as an exhibit to the Company's Form 8-K filed with the SEC, which was signed by Defendant Dennison, Fox reported sales of $408.6 million for 4Q-2022, which represented an increase of 19.4% over the same quarter in 2021 and reflected a 1.9% decline in SSG sales and a 38.5% increase in PVG sales.  For the year, Fox reported sales of $1.6 billion for FY-2022, which represented an increase of 23.4% over 2021 and reflected an increase of 17.6% in SSG sales and an increase of 28% in PVG sales over the prior year.  SSG sales in 4Q-2022 and FY-2022 were $159.5 million and $681 million, respectively, according to Fox's FY-2022 Form 10-K filed the same day, while PVG sales in 4Q-2022 and FY-2022 were $249.1 million and $921.5 million, respectively.

123.   The release stated that the decline in SSG's sales in 4Q-2022 versus the prior year period was "***driven by return to seasonality,***" while the increase in PVG sales for 4Q-2022 was "***primarily due to increased demand in the [OEM]***

*channel and strong performance in our upfitting product lines*." The release reported inventory of $350.6 million as of December 30, 2022, compared to $279.8 million as of December 31, 2021 and *attributed the increase to "natural growth to meet anticipated demand, receipt of long lead time items that had been delayed, and higher levels of safety stock to migrate supply chain uncertainty*."

124.   Fox also filed a Form 10-K for FY-2022 on February 23, 2023, which was signed by Defendants Dennison and Humphrey, among others.   The 10-K reiterated the reasons for the changes in SSG sales and Fox's inventory stated in the press release.

125.   The "Risk Factors" in Defendants' Form 10-K were updated to include sales figures for 2022 but were otherwise identical to the "Risk Factors" set forth in ¶66 above.

126.   On the same day, Fox Factory hosted a conference call with analysts and investors to discuss the Company's 4Q-2022 and FY-2022 results and business operations.   During the prepared remarks portion of the earnings call, *Defendant Humphrey noted that the 1.9% decline in year-over-year sales for 4Q-2022 for the SSG segment was "primarily due to a return to seasonality in the bike business.*"   Nevertheless, Defendant Dennison stated that Fox "had an incredible run in [its] bike business for over 2 years" and had done "*substantially better than most of [its] industry peers*."   In addition, he stated that *the Company's results*

*"continue[d] to give [it] confidence in [Fox's] long-term vision of $2 billion in revenue by 2025 and therefore, [Fox] [was] now beginning to set [its] sights on even more ambitious goals*."  Defendant Dennison further stated that he "*believe[d] end customer demand, even though seasonality has finally returned, continue[d] to be generally positive*" and reassure[ed] investors that Fox's "*team [was] keeping a finger on the pulse of the market*."

127.    Although Defendant Dennison stated that Fox believed SSG "could be down anywhere between high single digits to high teens" in 2023 before "returning to [its] long-term growth expectations," he blamed semi-finished bike inventory at the OEMs and lower-than-expected seasonality in 4Q-2022 which meant "*a bigger seasonality play in Q1*," stating that "*demand was more positive than people give it credit for*" and that Fox was "*still very confident in top line . . . $2 billion [in revenue] by 2025*."

128.    The statements referenced above in ¶¶123-127 were materially false and misleading because:

a)      Fox failed to disclose that end-user demand for bikes was declining significantly; that its SSG customers already had too much inventory and would not be placing new orders because of the decline in end-user demand; that, as a result of the decline in demand, OEMs were canceling orders and/or asking Fox to delay the shipment of existing

orders; that aftermarket dealers and distributors were canceling orders; and that SSG's inventory was increasing as a result;

b)    Fox failed to disclose that demand for PVG products had declined, including due to the loss of OEM customers Jeep and Polaris; and

c)    Fox failed to disclose that PVG's inventory was increasing as a result of slowing demand and PVG's inventory was bloated with obsolete products that should have been written off.

129.   In addition, the "Risk Factors" in Defendants' Form 10-K for FY-2022 referenced in ¶125 above were materially false and misleading because the language used by Defendants framed them as merely hypothetical risks that could come to pass when in reality they were already occurring.

## J.    Fox's First Quarter 2023 Financial Results

130.   On May 4, 2023, Fox announced its financial results for 1Q-2023 ended March 31, 2023, and raised guidance for the second quarter of fiscal year 2023 ("2Q-2023") but maintained full year guidance for FY-2023.  In a press release attached as an exhibit to a Form 8-K that Fox filed with the SEC, which was signed by Defendant Dennison, Fox reported sales of $399.9 million, which represented an increase of 5.8% over the prior year period and reflected a 30% decline in SSG sales and a 35% increase in PVG sales over the prior year period.  SSG and PVG

sales for the quarter were $118.9 million and $379.9 million, respectively, according to Fox's 1Q-2023 Form 10-Q filed the same day.

131. The press release reported that the decline in SSG sales was driven by a "***return to seasonality and the impacts of higher levels of inventory across various channels***." The increase in PVG sales was "***primarily due to increased demand in the [OEM] channel and strong performance in our upfitting product lines***."

132. Fox Factory also filed a Form 10-Q for 1Q-2023 on May 4, 2023, signed by Defendant Torres, containing the Company's previously announced financial results and reiterating that the year-over-year decline in SSG's sales was due to a "***return to seasonality and pre-pandemic market conditions***."

133. In addition, Defendants' Form 10-Q for 1Q-2023 contained the "Risk Factors" set forth in ¶125 above.

134. Also on May 4, 2023, Fox Factory hosted a conference call with analysts and investors to discuss the Company's 1Q-2023 financial results. Defendants blamed the decline in SSG sales on normal seasonality and high inventory levels in the channel and assured the market that demand remained strong.

135. During the prepared remarks portion of the earnings call, Defendant Dennison stated that the year-over-year decrease in SSG sales in 1Q-2023 was "***primarily due to the stronger than anticipated seasonality impact in Q1 of 2023***."

However, Defendant Dennison once again assured investors that Fox was "***keeping a finger on the pulse of the market***" and "***continue[d] to see positive signs with end customer demand***."

136.    The statements referenced above in ¶¶131-135 were materially false and misleading because:

a)    Fox failed to disclose that end-user demand for bikes was declining significantly; that its SSG customers already had too much inventory and would not be placing new orders because of the decline in end-user demand; that, as a result of the decline in demand, OEMs were canceling orders and/or asking Fox to delay the shipment of existing orders; that aftermarket dealers and distributors were canceling orders; and that SSG's inventory was increasing as a result;

b)    Fox failed to disclose that demand for PVG products had declined, including due to the loss of OEM customers Jeep and Polaris; and

c)    Fox failed to disclose that PVG's inventory was increasing as a result of slowing demand and PVG's inventory was bloated with obsolete products that should have been written off.

137.    In addition, the "Risk Factors" in Defendants' Form 10-Q for 1Q-2023 referenced in ¶133 above were materially false and misleading because the

language used by Defendants framed them as merely hypothetical risks that could come to pass when in reality they were already occurring.

### K.    Fox's Second Quarter 2023 Financial Results

138.    On August 3, 2023, Fox announced its financial results for 2Q-2023 ended June 30, 2023, and maintained guidance for the third quarter of fiscal year 2023 ("3Q-2023") and for FY-2023.  In a press release attached as an exhibit to the Company's Form 8-K filed with the SEC, which was signed by Defendant Dennison, Fox Factory reported sales of $400.7 million for the quarter, which represented a 1.5% decline from 2Q-2022 and reflected a 41.0% decline in SSG sales as compared to the same quarter the prior year.  The press release also stated that the Company had "realigned" its PVG business "into the Powered Vehicles Group and the Aftermarket Applications Group to be more aligned with the Company's end customers and drive additional focus on product development." For 2Q-2023, Fox Factory reported a 32.6% and 26.2% increase in PVG and AAG net sales, respectively, compared to the same period last year.  SSG sales for 2Q-2023 were $104.9 million according to Fox's Form 10-Q filed the same day, while PVG sales were $140.2 million and AAG sales were $155.6 million.

139.    The press release stated that the "***decrease in SSG net sales [wa]s driven by higher levels of inventory across various channels***," while the increase in PVG sales was "***primarily due to strong demand in the [OEM] channel***" and

the increase in AAG sales was "primarily due to the inclusion of revenue from our Custom Wheel House subsidiary, which was acquired in March 2023, and strong performance in our upfitting product lines."

140.   Fox also filed a Form 10-Q for 2Q-2023 on August 3, 2023, which was signed by Defendant Schemm.   The Form 10-Q contained the Company's previously announced financial results and financial position and reiterated that the decrease in SSG sales was "***driven by higher levels of inventory across various channels***."

141.   In addition, Defendants' Form 10-Q for 2Q-2023 contained the "Risk Factors" referenced in ¶125 above.

142.   Also on August 3, 2023, the Company held a conference call with analysts and investors to discuss its 2Q-2023 financial results.   During the prepared remarks portion of the call, ***Defendant Schemm stated that the decrease in SSG sales was "primarily due to the higher level of channel inventory*."   However, ***Defendant Dennison assured investors that demand was "strong" and "hasn't been the problem" stating that Fox's "demand [was] up significantly year-on-year over 100%."***   Indeed, Fox reaffirmed its guidance based, in part, on ***customers "putting their foot on the gas pretty quickly [and] want[ing] to get into [] new model years as fast as possible*."

58

143.   The statements referenced above in ¶¶139-142 were materially false and misleading because:

a)   Fox failed to disclose that end-user demand for bikes was declining significantly; that its SSG customers already had too much inventory and would not be placing new orders because of the decline in end-user demand; that, as a result of the decline in demand, OEMs were canceling orders and/or asking Fox to delay the shipment of existing orders; that aftermarket dealers and distributors were canceling orders; and that SSG's inventory was increasing as a result;

b)   Fox failed to disclose that demand for PVG products had declined, including due to the loss of OEM customers Jeep and Polaris; and

c)   Fox failed to disclose that PVG's inventory was bloated with obsolete products that should have been written off.

144.   In addition, the "Risk Factors" in Defendants' Form 10-Q for 3Q-2023 referenced in ¶141 above were materially false and misleading because the language used by Defendants framed them as merely hypothetical risks that could come to pass when in reality they were already occurring.

## THE TRUTH IS REVEALED

145.   On November 2, 2023, after the markets closed, Fox Factory released its results for the third quarter of fiscal year 2023 ended September 29, 2023.  In a

press release attached as an exhibit to a Form 8-K signed by Defendant Dennison that was filed with the SEC that day, Fox Factory reported that its net sales for 3Q-2023 had decreased 19.1% year-over-year, and that SSG sales had declined an astounding 58.6% from $174.0 million to $72.0 million. The release also disclosed sharply lower sales growth for PVG and AAG despite the inclusion of new revenue from a recent acquisition. Combined PVG and AAG sales growth was just 10.2% as compared to 25.1% in the prior year period and 35% and 29% in the first two quarters of FY-2023, respectively. In addition, Fox cut its sales guidance for FY-2023 from between $1.67 billion and $1.70 billion to between $1.43 billion and $1.47 billion, citing continued inventory destocking in its SSG segment.

146. On the same day, Fox Factory held a conference call with analysts and investors to discuss its 3Q-2023 financial results. In his prepared remarks, Defendant Dennison disclosed for the first time that the ongoing steep decline in SSG sales was due to ***"slower buying patterns" from OEMs and a drop in consumer demand***, stating:

> Actual sales were lower than our estimate for the quarter by approximately $25 million as we saw ***slower buying patterns***, especially in September as consumers adjust[ed] in an environment of higher interest rates and costs coupled with macroeconomic uncertainty.

147. Defendant Schemm stated that Fox expected 3Q-2023 performance "to be the trough for the year," but cautioned that the Company "expect[ed] the inventory recalibration to continue through the first half of 2024."

148.    On this news, the price of Fox's common stock declined $22.60, or 37.34%, to close at $60.53 per share on November 3, 2023, on unusually high trading volume.

149.    As a result of Defendants' wrongful acts and omissions, and the resulting precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

### ADDITIONAL SCIENTER ALLEGATIONS

150.    Defendants    intentionally    or    recklessly    made    the    material misrepresentations and omitted the material information set forth above, as they had both knowledge of that material undisclosed information and a motive and opportunity to withhold it.

151.    By their own admission, Defendants consistently knew of and tracked demand in OEM and distributor channels because it was critical to Fox Factory's core business operations.  Such admissions include:

a)    On the August 5, 2021 conference call with analysts and investors, Defendant Dennison boasted of Fox's "close[] proximity" to its OEM customers and the Company's resulting insight into demand in the OEM channel;

b)    On the November 4, 2021 and February 24, 2022 conference calls with analysts and investors, Defendant Dennison stated that ***Fox had "a***

> *good view of demand throughout 2022 for both OEM and*
> *aftermarket orders*;"

c)     On the November 3, 2022 conference call with analysts and investors, Defendant Dennison stated that **channel inventory for "high-end mountain bikes [was] still below the preferred levels;"**

d)     Statements on multiple conference calls with investors and analysts during the Class Period purporting to detail precisely how long it would take to restock depleted inventory levels; and

e)     Repeated assurances that Fox was "keeping a finger on the pulse of demand."

152.    Defendants also sold a substantial amount of their holdings of Fox Factory stock during the Class Period while the price was artificially inflated by their fraud.

153.    Between May 6, 2021 and November 2, 2023, Defendant Dennison made five sales, selling a total of approximately $4.3 million worth of stock at an average price of $125.76 per share, more than twice the price of Fox Factory's stock at the close of the Class Period.  Out of 104,909 shares that he owned during the Class Period, Defendant Dennison sold 34,129 shares, or approximately 32.5% of his total shares.  By contrast, Dennison had made only two stock sales in the 32 months before the start of the Class Period, after he became CEO.  Between August

29, 2018 and May 6, 2021, Dennison sold 10,671 of the 96,164 shares that he owned, or approximately 11.1% of his shares, for nearly $1.25 million.

154.   Defendant Humphrey received gross proceeds of $286,494 from two sales of Fox Factory common stock during the Class Period, at an average price of $124.56 per share.  Out of the 17,719 shares that he owned during the Class Period, Defendant Humphrey sold 2,300 shares, or approximately 12.3% of the shares that he owned.  Defendant Humphrey's only stock sales occurred during the Class Period.

155.   Also during the Class Period, Christopher Tutton, the President of Fox Factory's SSG division, sold 16,504 shares of Fox Factory stock, or approximately 64% of his shares, in four separate stock sales for approximately $2.0 million at an average price of $121.36 per share.  Defendant Tutton made more than twice as much in stock sales during the Class Period than in the 30 months before the Class Period began.  Before May 6, 2021, he sold only $984,850 worth stock.

156.   In addition, Fox Factory's positive portrayal of its business prospects and revenue growth, through the materially false and misleading misstatements and omissions alleged herein, helped the Company facilitate the replacement of its existing $250 million revolving credit facility and $400 million term loan with a $650 million revolving credit facility on April 5, 2022.

## LOSS CAUSATION / ECONOMIC ANALYSIS

157.    Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic losses suffered by Plaintiff and members of the Class.  During the Class Period, Plaintiff and Class members purchased or otherwise acquired Fox Factory's common stock at artificially inflated prices caused by Defendant's misconduct, as alleged herein.  The price of the Company's common stock declined significantly when the substantial problems and risks concealed by Defendants were disclosed and/or materialized, and Defendants' material misstatements and omissions were revealed to the market, causing investors' losses.

158.    Before the end of the Class Period, on November 2, 2023, investors were unaware of, among others, the following material facts about Fox Factory that were known to Defendants:

a)      Fox's SSG customers, having placed historically large orders with Fox and other suppliers of bike components at the outset of the pandemic in order to meet surging consumer demand and navigate logistical and supply chain challenges from pandemic-related shutdowns, began delaying those orders as early as Q1-2021 and canceling them in late 2021 and into 2022 as the pandemic-heightened consumer demand for bikes waned;

b)    As a result, Fox's SSG customers would not be placing new orders as they had too much inventory on hand to meet this lower demand;

c)    "Record" SSG sales during 2022 reflected these delayed orders rather than a continuation of the outsized demand Fox experienced at the outset of the pandemic;

d)    The increases in Fox Factory's inventory during the Class Period was reflected, in part, in Fox's agreements with OEMs in 2021 to delay shipments of orders due to declining demand;

e)    PVG sales and revenues were inflated by pulling forward orders at quarter ends to recognize revenue early; and

f)    Demand for PVG products was declining beginning in 2022, including due to the loss of OEM customers Jeep and Polaris, and PVG's inventory was growing.

159.  Defendants' misrepresentations and omissions and fraudulent statements, as alleged herein, misrepresented and concealed the true adverse material facts from the market during the Class Period, misleading investors about the true state of Fox Factory's business and the obstacles it was facing.

160.  As alleged herein, these material facts were revealed to investors on November 2, 2023.

161.   The market reacted swiftly and negatively to Fox's November 2, 2023 disclosure, resulting in significant losses to investors.

## APPLICABILITY OF PRESUMPTION OF RELIANCE

162.   Plaintiff and the Class are entitled to a presumption of reliance under *Affiliated Ute Citizens v. U.S.*, 406 U.S. 128 (1972), because the claims asserted herein against Defendants are predicated upon omissions of material fact for which there was a duty to disclose.

163.   Plaintiff and the Class are also entitled to a presumption of reliance pursuant to *Basic Inc. v. Levinson*, 485 U.S. 224 (1988), and the fraud-on-the-market doctrine because the market for Fox common stock was an efficient market at all relevant times by virtue of the following factors, among others:

a)  Fox common stock met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient market;

b)  Fox regularly communicated with public investors via established market-communication mechanisms, including the regular dissemination of press releases on the national circuits of major newswire services and other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

c)  Fox was followed by a number of securities analysts employed by major brokerage firms who wrote reports which were distributed to the sales

force and certain customers of their respective brokerage firms.  These reports were publicly available and entered the public marketplace.

164.   As a result of the foregoing, the market for Fox common stock promptly incorporated current information regarding the Company from publicly available sources and reflected such information in the prices of the common stock. Under these circumstances, all those who transacted in Fox common stock during the Class Period suffered similar injury through their transactions in Fox common stock at artificially inflated prices and a presumption of reliance applies.

165.   Without knowledge of the misrepresented or omitted material facts, Plaintiff and other Class members purchased and/or acquired Fox common stock between the time Defendants misrepresented and failed to disclose material facts and the time the true facts were disclosed.  Accordingly, Plaintiff and other Class members relied, and are entitled to have relied, upon the integrity of the market price of Fox common stock and are entitled to a presumption of reliance on Defendants' materially false and misleading statements and omissions during the Class Period.

## **NO SAFE HARBOR**

166.   The federal statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint.  The statements alleged to be false and

misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward-looking, they were not identified as "forward-looking statements" when made, and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements—particularly facts known at the time to the Defendants that made such statements false and misleading when made.

167. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Fox who knew that the statement was false when made.

## CLASS ACTION ALLEGATIONS

168. Plaintiff brings this action as a class action pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure on behalf of a class, consisting of all persons and entities that purchased Fox common stock between May 6, 2021, and November 2, 2023, inclusive, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company,

at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

169.   The members of the Class are so numerous that the joinder of all members is impracticable.  While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds or thousands of members of the proposed Class.  Throughout the Class Period, Fox common stock was actively traded on the NASDAQ (an open and efficient market) under the symbol "FOXF."  Millions of Fox shares were traded publicly during the Class Period on the NASDAQ.  As of October 26, 2023, there were 42,380,934 shares of Fox common stock outstanding.   Record owners and other members of the Class may be identified from records maintained by Fox or its transfer agent and may be notified of the pendency of this action by mail, using a form of notice similar to that customarily used in securities class actions.

170.   Plaintiff's claims are typical of the claims of the other members of the Class as all members of the Class were similarly affected by Defendants' wrongful conduct in violation of federal law complained of herein.

171.   Plaintiff will fairly and adequately protect the interests of the Class and has retained counsel experienced in class actions and securities litigation.  Plaintiff has no interests antagonistic to, or which conflict with, those of the Class.

172.   Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

a)     whether the Exchange Act was violated by Defendants;

b)     whether Defendants' statements alleged herein misrepresented material facts or omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

c)     whether Defendants acted knowingly or recklessly in issuing materially false and misleading statements;

d)     whether the price of Fox common stock was artificially inflated because of Defendants' wrongful conduct as alleged herein; and

e)     whether Class members have sustained damages and, if so, the appropriate measure of damages.

173.   A class action is superior to other available methods for the fair and efficient adjudication of this controversy because joinder of all Class members is impracticable.   Additionally, the damages suffered by some individual Class

members may be relatively small so that the burden and expense of individual litigation make it impossible for them to individually redress the wrong done to them.  There will be no difficulty in the management of this action as a class action.

## CLAIMS FOR RELIEF

### COUNT I
### Violation of Section 10(b) of the Exchange Act and SEC Rule 10b-5
### (Against All Defendants)

174.   Plaintiff repeats and realleges each and every allegation contained in ¶¶1-173 above as if fully set forth herein.

175.   During the Class Period, Defendants disseminated or approved the false statements specified above, which they knew or recklessly disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

176.   Defendants violated §10(b) of the Exchange Act and SEC Rule 10b-5 in that they:

a)   employed devices, schemes, and artifices to defraud;

b)   made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

c)     engaged in acts, practices, and a course of business that operated as a fraud or deceit upon Plaintiff and others similarly situated in connection with their purchases of Fox common stock during the Class Period.

177. Each of the Defendants participated directly or indirectly, in the preparation and/or issuance of the annual reports, SEC filings, press releases, and other statements and documents, as described above, including statements made to securities analysts, that were designed to influence the market for Fox Factory common stock. Such reports, filings, releases, and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about Fox Factory's business and operations.

178. Defendants had actual knowledge of the materially false and misleading statements and omissions alleged herein and intended thereby to deceive Plaintiff and the other members of the Class or, in the alternative, Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the statements made, although such facts were readily available to Defendants. Said acts and omissions of Defendants were committed willfully or with reckless disregard for the truth. In addition, each Defendant knew or recklessly disregarded that material facts were being misrepresented or omitted, as described above.

179.  As a result of the dissemination of the aforementioned false and misleading public statements, the market price of Fox Factory common stock was artificially inflated throughout the Class Period.  In ignorance of the adverse facts concerning Fox Factory's business, which were concealed by Defendants, Plaintiff and the other members of the Class purchased or otherwise acquired Fox Factory common stock at artificially inflated prices and relied upon the price of the securities, integrity of the market for the securities, and/or statements disseminated by Defendants and were damaged thereby.

180.  During the Class Period, Fox Factory common stock was traded on an active and efficient market.  Plaintiff and the other member of the Class, relying on the materially false and misleading statements described herein – which Defendants made, issued, or caused to be disseminated – or relying upon the integrity of the market, purchased, or otherwise acquired Fox Factory common stock at prices artificially inflated by Defendants' wrongful conduct.  Had Plaintiff and the other members of the Class known the truth, they would not have purchased or otherwise acquired said securities and would not have purchased or otherwise acquired them at the inflated prices that were paid.  At the time of the purchases and/or acquisitions by Plaintiff and the Class, the true value of Fox Factory common stock was substantially lower than the prices paid by Plaintiff and the other members of the

Class.  The market price of Fox Factory common stock declined sharply upon public disclosure of the facts alleged herein damaging Plaintiff and Class members.

181.   By reason of the conduct alleged herein, Defendants have knowingly or recklessly – directly or indirectly – violated §10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

182.   As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases, acquisitions, and sales of the Company's common stock during the Class Period, upon the materialization of the undisclosed risk and/or disclosure of the omitted material information alleged herein.

**COUNT II**
**Violation of Section 20(a) of the Exchange Act**
**(Against the Individual Defendants)**

183.   Plaintiff repeats and realleges each and every allegation contained in ¶¶1-173 above as if fully set forth herein.

184.   During the Class Period, the Individual Defendants participated in the operation and management of Fox Factory and conducted and participated, directly and indirectly, in the conduct of Fox Factory's business affairs.  Because of their senior positions at and/or control of the Company, the Individual Defendants knew the truth about Fox Factory's business, particularly its core operations, demand for its products, its sales pipeline and its growing inventories.

185.   As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to Fox Factory's business, and promptly correct any public statements issued by Fox Factory that had become materially false or misleading.

186.   Because of their positions of control and authority as senior officers and/or directors, the Individual Defendants were able to, and did, control the contents of the various press releases, presentations to analysts and investors, and public filings that Fox Factory disseminated during the Class Period concerning the Company's business.   Throughout the Class Period, the Individual Defendants exercised their power and authority to cause Fox Factory to engage in the wrongful acts complained of herein.   The Individual Defendants, therefore, were "controlling persons" of Fox Factory within the meaning of §20(a) of the Exchange Act.   In these capacities, the Individual Defendants participated in the unlawful conduct alleged herein, which artificially inflated the market price of Fox Factor's common stock.

187.   By reason of above conduct, the Individual Defendants are liable pursuant to §20(a) of the Exchange Act for the violations committed by Fox Factory.

## **PRAYER FOR RELIEF**

188.    Wherefore, Plaintiff, individually and on behalf of the Class, prays for relief and judgment as follows:

a.    Declaring this action to be a proper class action pursuant to Fed. R. Civ. P. 23;

b.    Awarding Plaintiff and the members of the Class damages in an amount to be proven at trial, including interest thereon;

c.    Awarding Plaintiff reasonable costs and expenses incurred in this action. Including attorneys' fees and expert fees; and

d.    Awarding such further relief as the Court may deem just and proper.

## **JURY DEMANDED**

Plaintiff demands a trial by jury.

Dated: August 16, 2024              **Evangelista Worley, LLC**

                                 */s/James M. Evangelista*
                                 James Evangelista (GA Bar No. 707807)
                                 10 Glenlake Parkway
                                 South Tower Suite 130
                                 Atlanta, GA 30328
                                 Telephone: 404-596-7334

                                 Deborah Clark-Weintraub (*pro hac vice*)
                                 Thomas L. Laughlin, IV (*pro hac vice*)
                                 Susan Hu (*pro hac vice*)
                                 **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                                 The Helmsley Building
                                 230 Park Avenue, 17th Floor

New York, NY 10169
Telephone: 212-233-6444
Facsimile: 212-233-6334
dweintraub@scott-scott.com
tlaughlin@scott-scott.com
shu@scott-scott.com

Brian J. Schall
Andrew Brown
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
Facsimile: 310-388-0192
brian@schallfirm.com
andrew@schallfirm.com

*Counsel for Plaintiff Ryan Marselis*