# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

RYAN MARSELIS, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

      v.

FOX FACTORY HOLDING CORP., MICHAEL C. DENNISON, DENNIS C. SCHEMM, BRENDAN R. ENICK, MAGGIE E. TORRES, and SCOTT R. HUMPHREY,

                Defendants.

Civil Case No. 1:24-cv-00747-TWT

<u>CLASS ACTION</u>

**DECLARATION OF JAMES EVANGELISTA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, James Evangelista, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.    I am a member in good standing of the bar of Georgia and a member of the law firm of Evangelista Worley, LLC, Liason Counsel for Lead Plaintiff Ryan Marselis and the Class in the above-captioned matter.  I have personal knowledge of the matters set forth in this Declaration and can testify competently thereto if necessary.

2.    I respectfully submit this declaration in support of Lead Plaintiff's Opposition to Defendants' Motion to Dismiss.

3.    Attached as Appendix A is a true and correct copy of a chart summarizing the stock sales that occurred during the Class Period (5/6/2021 to 11/2/2023) and during an equivalent period of time before the Class Period start reported by Michael C. Dennison, Scott R. Humphrey, and Christopher Tutton on Form 4s filed with the U.S. Securities and Exchange Commission ("SEC").

4.    Attached as Exhibit 1 is a true and correct copy of Form 4 filed with the SEC by Michael C. Dennison dated January 5, 2021.

5.    Attached as Exhibit 2 is a true and correct copy of Form 4 filed with the SEC by Michael C. Dennison dated March 16, 2021.

6.    Attached as Exhibit 3 is a true and correct copy of Form 4 filed with the SEC by Michael C. Dennison dated October 18, 2021.

7.     Attached as Exhibit 4 is a true and correct copy of Form 4 filed with the SEC by Michael C. Dennison dated December 5, 2021.

8.     Attached as Exhibit 5 is a true and correct copy of Form 4 filed with the SEC by Michael C. Dennison dated January 31, 2023.

9.     Attached as Exhibit 6 is a true and correct copy of Form 4 filed with the SEC by Michael C. Dennison dated August 15, 2023.

10.    Attached as Exhibit 7 is a true and correct copy of Form 4 filed with the SEC by Scott R. Humphrey, dated August 11, 2021.

11.    Attached as Exhibit 8 is a true and correct copy of Form 4 filed with the SEC by Scott R. Humphrey, dated March 2, 2023.

12.    Attached as Exhibit 9 is a true and correct copy of Form 4 filed with the SEC by Christopher Tutton dated May 8, 2019.

13.    Attached as Exhibit 10 is a true and correct copy of Form 4 filed with the SEC by Christopher Tutton dated June 13, 2019.

14.    Attached as Exhibit 11 is a true and correct copy of Form 4 filed with the SEC by Christopher Tutton dated August 6, 2019.

15.    Attached as Exhibit 12 is a true and correct copy of Form 4 filed with the SEC by Christopher Tutton dated August 15, 2019.

16.    Attached as Exhibit 13 is a true and correct copy of Form 4 filed with the SEC by Christopher Tutton dated August 20, 2019.

17. Attached as Exhibit 14 is a true and correct copy of Form 4 filed with the SEC by Christopher Tutton dated August 30, 2019.

18. Attached as Exhibit 15 is a true and correct copy of Form 4 filed with the SEC by Christopher Tutton dated May 20, 2020.

19. Attached as Exhibit 16 is a true and correct copy of Form 4 filed with the SEC by Christopher Tutton dated August 21, 2020.

20. Attached as Exhibit 17 is a true and correct copy of Form 4 filed with the SEC by Christopher Tutton dated May 13, 2021.

21. Attached as Exhibit 18 is a true and correct copy of Form 4 filed with the SEC by Christopher Tutton dated August 26, 2021.

22. Attached as Exhibit 19 is a true and correct copy of Form 4 filed with the SEC by Christopher Tutton dated January 31, 2023.

23. Attached as Exhibit 20 is a true and correct copy of Form 4 filed with the SEC by Christopher Tutton dated June 15, 2023.

Executed this 13th day of December, 2024 in Atlanta, Georgia.

4

DATED:  December 13, 2024          Respectfully submitted,

  /s/ *James Evangelista*
James Evangelista (GA Bar No. 707807)
**EVANGELISTA WORLEY, LLC**
10 Glenlake Parkway
South Tower Suite 130
Atlanta, GA 30328
Telephone: 404-596-7334

*Liaison Counsel for Lead Plaintiff and the Class*

Deborah Clark-Weintraub (*pro hac vice*)
Thomas L. Laughlin, IV (*pro hac vice*)
Susan Hu (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: 212-233-6444
Facsimile: 212-233-6334
dweintraub@scott-scott.com
tlaughlin@scott-scott.com
shu@scott-scott.com

Brian J. Schall
Andrew Brown
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
Facsimile: 310-388-0192
brian@schallfirm.com
andrew@schallfirm.com

*Counsel for Lead Plaintiff and Lead Counsel for the Class*