# APPENDIX A

*Marselis v. Fox Factory Holding Corp.*, Case No. 1:24-cv-00747-TWT (N. D. Ga.)
**Insider Stock Sales**

### MICHAEL C. DENNISON

| Ex. No. | Filing Date | Date of Sale | Shares Disposed | Share Sale Price | Proceeds From Sale[1] |
|---|---|---|---|---|---|
| 1[2] | 1/5/2021 | 1/4/2021 | 6,407 | $103.54[3] | $663,408 |
| 2 | 3/16/2021 | 3/15/2021 | 4,264 | $135.87[4] | $579,331 |
| 3 | 10/18/2021 | 10/14/2021 | 5,000 | $154.00 | $770,000 |
| 3 | 10/18/2021 | 10/15/2021 | 5,000 | $158.79 | $793,950 |
| 4 | 12/5/2021 | 12/1/2022 | 7,500 | $110.00 | $825,000 |
| 5 | 1/31/2023 | 1/27/2023 | 7,500 | $115.00 | $862,500 |
| 6 | 8/15/2023 | 8/10/2023 | 9,129 | $114.00 | $1,040,706 |

### SCOTT R. HUMPHREY

| Ex. No. | Filing Date | Date of Sale | Shares Disposed | Share Sale Price | Proceeds From Sale |
|---|---|---|---|---|---|
| | | **No Sales Reported Before Class Period** | | | |
| 7 | 8/11/2021 | 8/9/2021 | 400 | $156.97 | $62,788 |
| 8 | 3/2/2023 | 2/28/2023 | 1,900 | $117.74 | $223,706 |

---

[1] Plaintiff's calculation based on the share price and the number of shares disposed as reported on Form 4.

[2] Red text denotes Class Period (5/6/2021 – 11/2/2023) sales. Black text denotes sales made during an equivalent period of time before the Class Period start.

[3] Represents average price of shares sold on 1/4/2021 based on transactions reported on Form 4.

[4] Represents average price of shares sold on 3/15/2021 based on transactions reported on Form 4.

*Marselis v. Fox Factory Holding Corp.*, Case No. 1:24-cv-00747-TWT (N. D. Ga.)
**Insider Stock Sales**

### CHRISTOPHER TUTTON

| Ex. No. | Filing Date | Date of Sale | Shares Disposed | Share Sale Price | Proceeds From Sale |
|---|---|---|---|---|---|
| 9 | 5/8/2019 | 5/6/2019 | 2,000 | $75.94 | $151,880 |
| 10 | 6/13/2019 | 6/12/2019 | 220 | $73.77 | $16,230 |
| 11 | 8/6/2019 | 8/5/2019 | 2,500 | $74.23 | $185,625 |
| 11 | 8/6/2019 | 8/6/2019 | 2,500 | $75.00 | $187,500 |
| 12 | 8/15/2019 | 8/13/2019 | 461 | $75.01 | $34,580 |
| 13 | 8/20/2019 | 8/16/2019 | 1,000 | $75.24 | $75,240 |
| 14 | 8/30/2019 | 8/30/2019 | 1,000 | $72.83 | $72,830 |
| 15 | 5/20/2020 | 5/18/2020 | 1,114 | $60.00 | $66,840 |
| 15 | 5/20/2020 | 5/19/2020 | 1,113 | $64.00 | $71,232 |
| 16 | 8/21/2020 | 8/19/2020 | 1,128 | $109.00 | $122,952 |
| 17 | 5/13/2021 | 5/11/2021 | 5,260 | $155.00 | $815,300 |
| 18 | 8/26/2021 | 8/24/2021 | 910 | $155.00 | $141,050 |
| 19 | 1/31/2023 | 8/9/2022 | 8,055 | $103.25[5] | $831,317 |
| 20 | 6/15/2023 | 6/13/2023 | 2,279 | $94.42 | $215,183 |

[5] Represents average price of shares sold on 8/9/2022 based on transactions reported on Form 4.