Exhibit 19

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| Tutton Christopher | FOX FACTORY HOLDING CORP [ FOXF ] | (Check all applicable) |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | Director _____ 10% Owner _____ |
| C/O FOX FACTORY HOLDING CORP. | 08/09/2022 | X  Officer (give title below) _____ Other (specify below) _____ |
| 2055 SUGARLOAF CIRCLE, SUITE 300 | | SEE REMARKS (A) |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| DULUTH    GA    30097 | 08/11/2022 | X  Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | ____ Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/09/2022 | | S | | 4,028 | D | $104.331[(1)] | 16,160[(2)] | D | |
| Common Stock | 08/09/2022 | | S | | 4,027 | D | $102.084[(3)] | 12,133[(4)] | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

## Explanation of Responses:

1. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $104.25 to $104.41, inclusive. Full information regarding the number of shares sold at each separate price will be provided upon request by the SEC staff, the issuer or any security holder of the issuer.

2. On August 11, 2022, the Reporting Person filed a Form 4, which inadvertently reported the amount of securities beneficially owned directly by such Reporting Person following the reported transaction was 15,739 shares of common stock, when in fact, the amount should have been 16,160 shares of common stock (an underreporting of 421 shares of common stock). The amount of

securities beneficially owned reported in this Form 4 corrects that error.

3. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $102.00 to $102.18, inclusive. Full information regarding the number of shares sold at each separate price will be provided upon request by the SEC staff, the issuer or any security holder of the issuer.

4. On August 11, 2022, the Reporting Person filed a Form 4, which inadvertently reported the amount of securities beneficially owned directly by such Reporting Person following the reported transaction was 11,712 shares of common stock, when in fact, the amount should have been 12,133 shares of common stock (an underreporting of 421 shares of common stock). The amount of securities beneficially owned reported in this Form 4 corrects that error.

**Remarks:**

(A) Mr. Tutton is the President, Specialty Sports Group. Exhibit 24.1 - Power of Attorney

| | |
|---|---|
| /s/ Christopher J. Tutton | 01/31/2023 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**