**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RYAN MARSELIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FOX FACTORY HOLDING CORP., MICHAEL C. DENNISON, SCOTT R. HUMPHREY, MAGGIE E. TORRES, DENNIS C. SCHEMM,<br><br>Defendants. | Case No. 1:24-cv-00747<br><br>**CLASS ACTION**<br><br>**SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**JURY TRIAL DEMANDED** |

Lead Plaintiff Ryan Marselis ("Plaintiff"), individually and on behalf of all others similarly situated, by and through Plaintiff's undersigned counsel, for Plaintiff's complaint against Defendants, alleges the following based upon personal knowledge as to Plaintiff and Plaintiff's own acts, and upon information and belief as to all other matters based on the investigation conducted by and through Plaintiff's counsel.

## NATURE OF THE ACTION

1. This securities class action is brought on behalf of all persons or entities (other than Defendants and certain related parties described herein) who purchased Fox Factory Holding Corp. ("Fox Factory," "Fox," or the "Company") common stock between May 6, 2021 and February 22, 2024, inclusive (the "Class Period"). The claims arise under §§10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 promulgated thereunder. Defendants are Fox Factory and certain of its former and current officers.

2. Georgia-based Fox Factory engineers, manufactures, and markets high-performance suspension products used on bicycles, on- and off-road vehicles, ATVs, snowmobiles, and other specialty vehicles. Fox Factory's suspension products are designed and marketed to leading cycling and powered vehicle original equipment manufacturers ("OEMs"), while others are distributed to consumers through a global network of dealers and distributors (the "aftermarket"). During

most of the Class Period, the Company's business was divided into two primary groups: Specialty Sports Group ("SSG"), which designs and manufactures high-performance suspension products for bikes, and Fox's Powered Vehicle Group ("PVG"), which designs and manufactures suspension components for off-road and specialty vehicles.

3. The COVID-19 pandemic resulted in more people getting outside to engage in activities such as bicycling, causing a surge in demand for Fox's products. At the same time, the pandemic created significant disruptions in global and national supply chains. Both factors caused a surge in demand for the Company's products: existing inventories of bicycles in OEM, dealer, and distributor channels were depleted, and Fox's customers began ordering significantly more product than usual from Fox and other component suppliers to ensure that they would have sufficient stock to manufacture enough bicycles to satisfy the surge in consumer demand. By the end of 2020, due to the large volume of orders placed by OEMs and pandemic – related supply chain issues, lead times (length of time from order to shipment) for Fox's shocks, forks, and suspensions had risen to approximately 300 days.

4. As a result, Fox's sales and revenues soared in 2020. In the third and fourth quarters of 2020, SSG reported revenue growth of 32.4% and 44.6%, respectively, over the prior year periods, and for the fiscal year ended January 1,

2021, SSG's annual sales grew by 22.4% over the prior year. Fox's stock price reflected that growth, starting 2020 at $70 per share and ending the year at $105 per share – a whopping 50% gain for the year.

5. However, this soaring demand was extremely short lived. New consumer demand for bikes began to wane and by October 2021, demand for bicycles had fallen back to, or below, pre-pandemic levels where it stayed for the remainder of the Class Period. Because Fox's OEM customers had placed orders with Fox for far more parts than they needed during 2020, in 2021 they began requesting that shipments of existing orders be delayed. And as demand stalled, by late 2021 and into 2022, OEMs were canceling orders outright. The same pattern played out with SSG's aftermarket customers. With so many cancelled orders, inventory and raw materials at Fox began to pile up and insiders recall scores of shipping containers being filled with excess product as the Class Period went on.

6. Fox's PVG division was similarly impacted by the same market conditions afflicting SSG – an initial pandemic-fueled surge in demand that quickly waned. Fox's order backlog increased, and lead times to fulfill orders stretched out to a year and a half. By late 2021, demand from Fox's PVG customers began to slow. End-user demand had already started to decline as people were being called back to work, and Fox's customers, who were now receiving products they ordered more than a year ago, were struggling to move that inventory. Knowing that

additional shipments were still to come but unwilling to accept more product that they knew they wouldn't be able to sell, Fox's customers began to push back, asking Fox to delay shipments on old orders. As a consequence, Fox's PVG inventory also began to build up. In the face of this, the PVG group began pulling forward revenue at quarter ends to mask it.

7. As demand in both divisions continued to taper in late 2021, and collapsed in 2022, Fox's executives found themselves utterly stuck. CEO Dennison had promised the market revenues of $2 billion by 2025, with $1 billion coming from so-called "organic growth," but it was clear internally that organic growth was not forthcoming. Nevertheless, because of the large amount of COVID-originated backorders and delayed orders, Defendants were able to report the "growth" they had promised.

8. For every quarter through Q1-2023, Fox reported revenue and sales growth (again, entirely driven by the transitory prior COVID demand) and falsely attributed such growth to increasing demand. Defendants repeatedly lauded this "incredibly strong" demand that showed "no signs of abating," claiming even that "the tectonic shift created in consumer demand by the pandemic seem[ed] more than just a transitory bubble." They did this even though that demand had entirely "petered out," and the Company was simply filling old orders. In fact, even as the Company began reporting negative sales growth for SSG in February 2023,

Defendant CEO Dennison insisted that Fox "continue[d] to see positive signs with end customer demand," that demand was "strong" and had not "been the problem."

9. Things continued to worsen at the Company throughout 2022 and 2023. As customers cancelled orders and some major customers were lost, inventory piled up across the Company and into rented storage facilities. Rather than disclose the cause of the inventory pile up, Defendants made misleading statements to give the market false reasons for it. And by Q2-2023, Fox's reported earnings began to flag. But even as these growing problems worked their way into the market, Defendants steadfastly denied there was a problem with customer demand and held tight to its forecast for $2 billion in 2025.

10. Fox did not begin to admit the truth until November 2, 2023, when Fox announced that SSG sales had declined an astounding 58.6% to just $72 million, PVG's sales growth had slowed too, and Fox reduced its FY-2023 guidance. In a call with securities analysts and investors, Defendant Dennison for the first time cited "slower buying patterns" from OEMs and a drop in consumer demand as the reasons for the precipitous decline in SSG's sales. PVG sales increased by just 10.2% as contrasted with an increase of 25.1% for the same quarter in the prior year, and the 35% and 29% sales growth that PVG reported in the first two quarters of the year, despite the inclusion of new revenue from a recent acquisition. In

response, the price of Fox Factory's common stock declined $22.60, or 37.34%, to close at $60.53, causing investors massive losses.

11. The final disclosure came on February 22, 2024, when Fox reported Q4 and year-end results for 2023. In that disclosure, Fox reported for the first time a decrease in PVG sales, and withdrew its guidance, including its promise of $2 billion by 2025. In response to that disclosure, the stock price tanked another $17.43 per share, or 26.82%, in a single day.

12. This fraudulent scheme coincided perfectly with a substantial increase in Defendants Dennison's and Humphrey's "performance based" compensation, and an increase in stock sales by them and others. In 2021, the Company issued substantial "performance based" equity incentive compensation, and it immediately elevated their compensation in 2021, and kept it elevated while the fraud continued through 2023. As a result, these Defendants' (and other Executive Officers) income increased dramatically. For example, as reported in the Company's March 2024 Proxy Statement, Dennison's compensation more than doubled in 2021 – going from $3.8 million in 2020 to $7.8 million in 2021, and $7.7 million in 2022.

13. And through well-timed Class Period trades, certain insiders sold large percentages of their stock during the Class Period at prices much higher than the shareholders who bought or held on during the Class Period – having been

encouraged by Defendants' false and misleading statements. While Defendants were enriched, Plaintiff and class members were left holding the bag.

## JURISDICTION AND VENUE

14. The claims asserted herein arise under §§10(b) and 20(a) of the Exchange Act, 15 U.S.C. §78j(b) and 78t(a), as well as Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.

15. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and Section 27 of the Exchange Act.

16. Venue is proper in this Judicial District pursuant to Section 27 of the Exchange Act, 15 U.S.C. §78(a), and 28 U.S.C. §1391(b). Fox maintains its headquarters in Duluth, Georgia, which is within this District, and many of the acts giving rise to the violations of law complained of occurred in this District.

17. In connection with the acts alleged in this Complaint, Defendants, directly or indirectly, used the instrumentalities of interstate commerce, including interstate wires, U.S. Postal Service mail, wireless spectrum, and the national securities exchange.

## PARTIES

18. Plaintiff is a resident of Gilbert, Arizona. Plaintiff purchased Fox common stock as described in the Certification filed with this Court on February 20, 2024, incorporated by reference herein, and was damaged hereby.

19. Defendant Fox designs, manufactures, and markets performance-defining products and systems used primarily on bikes, side-by-sides, on-road vehicles with and without off-road capabilities, off-road vehicles and trucks, ATVs, snowmobiles, and specialty vehicles and applications. Fox Factory is incorporated under the laws of the State of Delaware and maintains its principal executive offices at 2055 Sugarloaf Circle, Suite 300, Duluth, GA 30097. Fox Factory's common stock trades on NASDAQ under the ticker symbol "FOXF."

20. Defendant Michael C. Dennison ("Dennison") is, and at all relevant times was, the Chief Executive Officer ("CEO") and a Director of Fox.

21. Defendant Dennis C. Schemm ("Schemm") is the Chief Financial Officer ("CFO") of Fox. Defendant Schemm was appointed CFO on June 12, 2023.

22. Defendant Maggie E. Torres ("Torres") was appointed Interim CFO on April 3, 2023, a position she held until June 12, 2023, when she resigned and moved to the role of Director of Accounting Projects.

23. Defendant Scott R. Humphrey ("Humphrey") served as CFO of Fox from August 4, 2020, until April 5, 2023.

24. Defendants Dennison, Schemm, Torres, and Humphrey are referred to collectively herein as the "Individual Defendants."

25. The Individual Defendants, because of their positions within the Company, possessed the power and authority to control the contents of Fox's filings

with the SEC, press releases, and presentations to securities analysts, money and portfolio managers, and institutional investors, *i.e.*, the market. They were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions with the Company, and their access to material non-public information available to them but not to the public, such as direct knowledge of the Company's core business operations and the interrelated supply chain, demand, and sales pipeline information, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from the public, and that the positive representations being made were then materially false and misleading. The Individual Defendants are liable for the false statements pleaded herein.

## SUBSTANTIVE ALLEGATIONS

### A. Background

26. Fox Factory engineers, manufactures, and markets high-performance suspension products for numerous applications throughout the world. The Company sells its products to OEMs, retail dealers, and aftermarket-related distributors. During most of the Class Period (until 2Q-2023), the Company's business was divided into two groups: SSG (f/k/a Fox's "Bike Division") and PVG. In the second quarter of fiscal year 2023, Fox Factory announced that it had

realigned its PVG business into "Powered Vehicles Group" and "Aftermarket Applications Group" to align with the Company's end customers.

27. During the Class Period, SSG sales accounted for between 40% and 45% of Fox's total revenue and approximately 75% to 80% of that revenue was derived from the sale of component parts (front and rear suspension products used in high-end mountain bikes) manufactured by Fox to bicycle OEMs. Fox Factory's OEM customers included the largest bicycle manufacturers in the world, such as Giant Manufacturing Co., Specialized Bicycle Components ("Specialized"), and Trek Bicycle Corporation. The remaining 20% to 25% of SSG's revenue was derived from Fox's manufacture and sale of bicycle parts for resale in the aftermarket.

28. Fox Factory manufactures its bicycle products at its manufacturing facility in Taiwan. The products manufactured for OEMs are shipped to OEMs directly from its Taiwan facility. Bicycle products sold in the aftermarket are sent directly to distributors and to Fox Factory's in-house aftermarket warehouses for shipment to distributors and dealers.

29. During the Class Period, PVG sales accounted for 55% to 60% of Fox's total revenue, and PVG revenue was derived from the sale of Fox-manufactured component parts to powered-vehicle OEMs and to dealers and distributors in the aftermarket. On the OEM side, Fox manufactured and sold

powered-vehicle suspension products to OEMs, and counted Ford, Jeep, and Polaris among its customers. After incorporating Fox's products into their powered vehicles, OEMs sold their vehicles to independent dealers, which, in turn, sold them to consumers. On the aftermarket side, Fox manufactured and sold products such as suspension systems, lift kits and components, shock products, interior accessors, and wheels, tire, and body enhancements to upfit vehicles for off-road capabilities. These products were sold by Fox to dealers and distributors for resale to consumers.

30. Fox recognizes revenue from its product sales when a performance obligation is satisfied by transferring control of a product to a customer, generally at the time of shipment. Contracts are generally in the form of purchase orders.

### B. During the Class Period, Demand For Bicycles Was Declining and OEMs Delayed, and Later Canceled Orders They Had Placed With Fox

31. Demand for bicycles exploded during the 2020 pandemic year due to lockdowns and a surge in popularity of outdoor activities including cycling. According to statistics published by the World Bicycle Industry Association ("WBIA"), between 2016 and 2019, bike sales in the U.S. averaged 17 million units each year. In contrast, during 2020 alone, 21.8 million bicycle units were sold in the U.S.

32. As bikes quickly sold out, OEMs moved aggressively to build a sufficient number of bikes to fulfill the surge in demand while navigating logistical

and supply chain challenges from pandemic-related shutdowns. Consequently, in 2020, bike OEMs began to order significantly more product than usual from component part manufacturers (including Fox) to meet the increase in consumer demand and ensure that they had sufficient stock to manufacture bikes in 2021 and beyond. In an August 11, 2023 interview with a Public Company Research Organization ("PCRO"), the Chief Operating Officer ("COO") of Specialized, one of Fox's largest OEM customers, estimated that from April 2020 through the end of the year, OEM order levels were an astounding 60% to 70% above 2019 levels. Due to this increased demand, by the end of 2020, lead times (length of time from order to shipment) for Fox's products had risen to almost an entire year or approximately 300 days.

33. The outsized demand for bikes was short-lived, however. By October 2021, bike sales had fallen back to 2019 levels and from that point remained at or below 2019 levels throughout the Class Period. Indeed, the WBIA reported that 17.9 million bicycle units were sold in the U.S. in 2021 consistent with pre-pandemic levels. This slowdown in demand led to cancelled orders. In a May 30, 2024 interview with the PCRO, the COO of Specialized explained that from March through September of 2021, OEMs, who had aggressively placed large orders given the outsized demand for bikes in 2020, began canceling those orders. Indeed, some OEMs cut their orders by as much as 60%.

34. This left Fox holding and processing substantial purchase orders for parts for bikes that were no longer being produced by OEMs. In addition, since Fox had already manufactured some or all of these parts, Fox ended up holding large inventories of both raw materials and finished goods. Indeed, throughout the Class Period, Fox's inventory increased significantly:

| Quarter | Inventory |
|---|---|
| 4Q-2020 | $127,100,000 |
| 1Q-2021 | $166,546,000 |
| 2Q-2021 | $208,550,000 |
| 3Q-2021 | $246,185,000 |
| 4Q-2021 | $279,800,000 |
| 1Q-2022 | $314,971,000 |
| 2Q-2022 | $349,050,000 |
| 3Q-2022 | $354,223,000 |
| 4Q-2022 | $350,600,000 |
| 1Q-2023 | $379,892,000 |
| 2Q-2023 | $355,218,000 |
| 3Q-2023 | $341,209,000 |

35. To deal with this situation, the COO of Specialized explained that the OEMs initially agreed with Fox not to cancel their orders outright, but to delay shipment of the parts. Specifically, the OEMs committed to follow through with the orders at an agreed time in the future and in the interim, Fox agreed to warehouse them. As explained herein, though, those delays quicky turned to outright cancellations.

i. FE1 Details Investor Reports, Cancelled Orders, and Cratering Demand

36. Multiple former employees ("FEs") of Fox Factory confirmed that OEMs were delaying orders with Fox in the first half of 2021. FE 1 was Manager of Demand Planning and Forecasting at Fox from July 2018 to July 2022, and Senior Manager of Demand Planning and Forecasting from July 2022 to November 2023, and reported to Fox's VP of Supply Chain, Mark Garcia.[1] FE 1 managed a team of seven employees that monitored inventory and did demand planning and forecasting for both the OEM and aftermarket distribution segments of SSG.

37. FE 1's team participated in monthly sales operations and planning ("SO&P") meetings, which occurred every month throughout the Class Period. In addition to FE 1's demand planning team, the SO&P meetings included members of the sales team, including the VP of OEM sales and the VP of Aftermarket Sales, the demand planning team, the financing team, and the supply chain team. High-level managers such Tutton, Executive VP Wes Allinger, VP and Controller Sydney Wu, and Jenny Chaung, a director who oversaw various aspects of Fox's operations, production, and customer service, were also present at these meetings. At these meetings, participants reported on sales, sales forecasts, customer demand, and

---

[1] Garcia reported to Wesley Allinger, Executive VP in SSG's Cycling Business Unit, who in turn reported to Christopher J. Tutton, SSG's President. Tutton reported directly to Defendant Dennison.

inventory, and issues with slowing demand, declining sales, and inventory build-up were discussed as they came up.

38. In addition to SO&P meetings, FE 1 participated in weekly calls that occurred throughout the Class Period run by Wes Allinger that involved directors and above who reported to him. Approximately 10-15 individuals participated in these meetings, including Chaung, and each meeting took about an hour or more. According to FE 1, Chaung "definitely reported" on order cancellations, sales, and returns, and called out the risk of order cancellations on these calls. FE 1 specifically recalled that on one of these calls, Chaung stated that customers wanted to cancel and change their orders.

39. FE 1 also recalled that Sydney Wu's team prepared various reports on sales, including a detailed sales report that would list sales in different categories, including OEM and aftermarket sales. In addition, Wu's team also compiled inventory reports that highlighted excess inventory. FE 1 recalled that these inventory reports were circulated to an email distribution list that included Tutton and Allinger. Wu reported to Fox's CFO, Scott Humphrey until he left the Company in April 2023.

40. FE 1 stated that "a lot" of SSG's OEM customers approached Fox in the first half of 2021 about delaying shipments of the parts they had ordered from Fox. FE 1 recalled "pushback" from Giant, Scotts, and Specialized, all of whom

delayed and pushed out orders. According to FE 1, these requests to delay shipments were frequently extended and sometimes led to outright cancellations of the orders in late 2021 and 2022. FE 1 also identified VP of Sales Jared Connell and SSG President Tutton as approving order cancellations in order to maintain Fox's relationships with its OEM customers. It was FE 1's understanding that Tutton would have to approve the "big cancellations." And because many customers only gave two weeks' notice for big cancellations, after Fox had already built the product, this led to increases in Fox's inventory.

41. Further, according to FE 1, products shipped in 2022 were largely the fulfillment of earlier delayed orders as demand had petered out by then. FE 1 estimated that OEM demand in 2022 declined by 40% and that demand from Specialized, the OEM that experienced the most dramatic decline in 2022, fell an estimated 60%.

42. Indeed, Fox's former VP of Supply Chain stated in a May 29, 2024 interview with the PCRO that by 2Q-2022 Fox was proactively approaching customers on its own to cancel what Fox believed were excessive orders and indicated that Fox had "difficult" conversations during this period with a number of OEM customers who broached returning unneeded product to Fox.

43. FE 1 also detailed the deteriorating state of affairs for the aftermarket part of Fox's business. To begin with, Fox prioritized orders from OEM customers

over aftermarket orders so lead times for aftermarket orders were also extended in 2020 and 2021. And when Taiwan began to experience delays and cancellations of OEM orders, it freed up capacity at Fox's manufacturing facility in Taiwan to fulfill the aftermarket orders. However, this occurred in early 2022 when demand had declined or disappeared altogether. At this time, FE 1 raised concerns that the Company did not need all the aftermarket products that Taiwan was then making. According to FE 1, as aftermarket dealers and distributors began to cancel orders, inventory built up across the board and hit critical mass in July 2022.

44. FE 1 explained that Fox's warehouse in Reno, Nevada would normally receive one or two shipping containers of aftermarket products from Taiwan each month. In July 2022, however, 17 shipping containers filled with aftermarket products arrived at Fox's Reno facility from Taiwan. According to FE 1, so much product arrived in June, July, and August of 2022, Fox's Reno and Vancouver locations obtained offsite storage to keep up. FE 1 stated that VP Wesley Allinger and SSG President Tutton were aware that aftermarket inventories were increasing.

ii. <u>FE 2 Details Further Declines in the SSG Aftermarket Segment</u>

45. FE 2 was the Customer Service Manager/Call Center Manager for the SSG aftermarket division from 2018 to April 2023. Prior to that, from October 2005 to 2018, FE 2 worked in customer service at Fox Factory's SSG aftermarket call center. FE 2 reported to Steve Watkins, the Director of Bike Global

Aftermarket Fulfillment and Domestic Sales and Services, who in turn reported to SSG President Tutton. FE 2 corroborated that the OEMs had over-ordered during the pandemic but began to cancel their orders around the summer of 2021 as the pandemic wound down. According to FE 2, it was known within the Company that COVID had created unrealistic demand and that "the bottom [was] going to fall out."

46. According to FE 2, the aftermarket side of SSG's business also began to experience a pattern of declining orders beginning in late 2021, as bicycle shops, having taken full advantage of the demand spike from COVID, also had excess inventory on hand. During COVID, bike shops were all buying more product, but as FE 2 recalled, by January or February 2021, bike shops started to fill up on inventory and shortly thereafter, order cancellations and declines began.

47. FE 2 recalled that in the first half of 2021, Quality Bicycle Products, the largest bike distributor in the U.S., canceled a massive order worth millions of dollars. Steve Watkins, FE 2's supervisor, informed FE 2 of this cancellation. According to FE 2, Steve Watkins had a meeting with Tutton around this time to discuss the QBP order cancellation.

48. FE 2 also confirmed that Fox's own inventory began to build up by late 2021 and 2022. From conversations with colleagues, FE 2 became aware that Fox's Taiwan production facility had an excess of raw materials and assembled

parts from OEM order cancellations. FE 2 stated that aftermarket inventory also began to build up and confirmed that aftermarket inventory began to build up in Fox's Nevada warehouse near Reno in April 2022. Indeed, FE2 corroborated that the warehouse began receiving so much inventory from Taiwan that Fox had to rent space in a nearby building to house finished goods that began to pile up due to declining demand. FE 2 recalled watching employees physically moving excess inventory into the new warehouse around April or May of 2022.

49. In short, FE 1 and FE 2 confirmed that demand from Fox's SSG customers was already in decline from the beginning of the Class Period and continued to deteriorate throughout. Both OEMs and aftermarket customers had over-ordered during the COVID pandemic and now, faced with a sharp drop in consumer demand and excess inventory from those orders, pushed back, asking Fox to delay shipment of orders in the pipeline, cancelling orders, and drastically reducing new orders. Consequently, Fox's inventory during this time skyrocketed as products they expected to ship out to their customers piled up in their own warehouses.

### C. Like the SSG Business, During the Class Period Demand for PVG Products Declined

50. PVG also experienced declining demand during the Class Period, which more FEs detailed.

i. FE3 Explained Sales Slowdowns in 2021

51. FE 3 is a former employee of SCA Performance Holdings Inc., a leading specialty vehicle manufacturer, which was acquired by Fox Factory in 2020. Following the acquisition, FE 3 worked as VP of Sales in the aftermarket segment of Fox's PVG business from November 2020 to April 2024. FE 3 oversaw a group of approximately 50 salespeople selling PVG's upfitting packages to dealers for aftermarket vehicles. FE 3 reported to Tom Fletcher, President of the Aftermarket Applications Group on the PVG side of Fox's business. Fletcher reported directly to Defendant Dennison and is discussed further below in regards to executive compensation during the Class Period.

52. FE 3 stated that PVG was affected by the same post-COVID market conditions as SSG with demand skyrocketing during COVID in 2020 and part of 2021 as dealers bought whatever they could get their hands on. FE 3 recalled that Fox sold so many trucks during that time that the lead time for orders stretched out to a year and a half, meaning orders placed in mid-2021 would not be built and delivered until 2023. Therefore, while the plants might have been "chock full of units to build," those units and sales were from prior time periods. FE 3 repeatedly raised the backlog issue with Fletcher and other people at the Company.

53. In reality, FE 3 recalled sales starting to slow during the second half of 2021, recounting that salespeople couldn't sell vehicles to dealerships because they

were already waiting for dozens to be built by Fox that were in the "backlog." FE 3 thus explained that during this time, Fox's revenue was "cruising along, looking like we're killing it" but they weren't selling much, explaining, "[w]e were living off the past year and a half's glut."

54. According to FE 3, Fox has a customer relationship management ("CRM") database that tracked daily, weekly, and monthly PVG sales data. Salespeople could see how many vehicles they would need to sell in order to meet their monthly goals. According to FE 3, "pretty much everyone" had access to the CRM, and "it was no secret where sales were on any given day – if you wanted to know you could look at [the CRM]."

55. FE 3 recounted that by mid-2022, the surge in demand from COVID was well over. Dealers started pushing back saying they no longer wanted the inventory, and the salespersons found themselves having to try and resell the same products again. FE 3 described the decline in sales as "dramatic" and "huge."

56. FE 3 also described attending monthly "metrics meetings" in which sales and revenue figures for the previous month were presented and discussed. These meetings included VPs from sales and marketing, the general manager, and Fletcher, and occurred during the entirety of FE 3's tenure at Fox. FE 3 remembered attendees at these meetings wondering what would happen to sales once the backlog ran out. FE 3 recalled telling Fletcher, "[t]he analysts are going to figure out how

our business works, and when they do it's going to be a bad day, because while on paper it looks great, it's really not."

57. Eventually, as FE 3 explained, sales fell off a cliff. Sometime in 2023, FE 3 created a chart that showed historical sales versus revenue and how Fox had "flipped ourselves over," showing the chart to Fletcher. Despite this cliff, the 2022 sales target for ASG was actually increased.

58. According to FE 3, because sales in SSG were not doing well, this increase was to make up for the expected shortfall. In fact, it was known internally within the Company that SSG's sales numbers were horrible, and Fletcher explained that SSG's performance was not expected to improve for the next six to 18 months. FE 3 estimated the size of the shortfall that PVG was tasked with making up at approximately $100 million. FE 3 also recalled that ASG was told that it had to achieve $480 million in sales overall in 2022, and FE 3 recalled telling Fletcher that the market was not that big. According to FE 3, ASG was similarly tasked with making up the difference for SSG's poor performance in 2023 and 2024. FE 3 left Fox Factory in April 2024 after being tired of selling a false narrative to the team – that it was possible to continue hitting the sales numbers Fox was demanding.

ii. FE 4 Recounts Losses of Customers and Returned Inventory

59. FE 4 was a Cost Accounting Manager for PVG who worked in PVG's Gainesville, Georgia facility from July 2019 to June 2022. By the time FE 4 left Fox, FE 4 was in a reporting line two levels removed from Defendant Humphrey.

60. According to FE 4, a Cost Accounting Manager for PVG who worked in PVG's Gainesville, Georgia facility from July 2019 to June 2022, Fox concealed declining demand by shipping aftermarket orders before the contractual shipping date and conveniently just before quarter end. According to FE 4, upon receiving these early deliveries, customers would just ship the inventory right back to Fox, and the returned inventory would sit on the manufacturing floor for months until the return was processed, which sometimes did not occur until six months after it was first shipped to the customer.

61. FE 4 oversaw the transition of inventory from Fox's old facilities in California, which were being closed, to the Company's new facility in Gainesville, Georgia. As a cost accountant, FE 4 was able to see when revenue for these orders was recognized and when it was reversed.

62. In January 2022, FE 4 discussed PVG's pulling forward of revenue at quarter ends with Defendant Humphrey and Brandon Turner, a plant controller. Defendant Humphrey responded that he shared FE 4's concerns. FE 4 then left Fox because of improper accounting practices such as these.

63. FE 4 also related that demand for PVG products was impacted by the loss of OEM customers Jeep and Polaris in 2022. FE 4 explained that Fox had to know it was going to lose these customers a year in advance due to the length of the sales cycle.

64. According to FE 4, from the time the Gainesville, Georgia plant was opened around April 2021 to the time FE 4 left the Company in June 2022, Fox went from being able to store all of the raw materials and finished components it had manufactured for dealers and distributors in the Gainesville plant to having five additional storage warehouses ranging in size from 1,000 to 3,000 square feet. PVG inventory on hand grew from around $25 million when FE 4 joined Fox in 2019 to $108 million by the time FE 4 left the Company.

iii. FE 5 Corroborates PVG Issues During the Class Period

65. FE 5, a PVG Cost Accountant who worked at Fox's Gainesville, Georgia facility from July 2021 to April 2022 was also aware that Fox was pulling forward PVG sales and revenue at quarter ends. Colleagues who had completed a trend analysis informed FE 5 that Fox's billing spiked at quarter ends. According to FE 5, every quarter billing was up within the last few days of the quarter and the Company was pushing out way more goods than on average. FE 5 was able to verify this because, as a cost accountant, FE 5 could go into the system and see what goods were shipped out, when the shipments were due, and that they were shipped

out early. FE 5 also knew that these orders were being returned. FE 5 stated this practice was ongoing for most of the time FE 5 was at Fox and that FE 5 spoke with the logistics team about these issues. FE 5 stated that her supervisor, Joseph Cobian, was aware of this practice, and FE 5 believed that Cobian reported directly to Defendant Dennison.

66. According to FE 5, Fox also lacked adequate internal controls with respect to inventory. FE 5 explained that returns were not processed back into inventory and, therefore, returns would have to be estimated in order to reduce revenue.

67. According to FE 5 by the time FE 5 left Fox, the Gainesville facility was overrun with obsolete inventory following the closure of Fox's California facilities. FE 5 proposed writing off the obsolete material but was rebuffed. FE 5 stated that there were two or three third-party warehouses in addition to Fox's own warehouse filled with this material.

68. Multiple FEs corroborated that what was happening on the SSG side was also occurring on the PVG side: Demand was already declining at the beginning of the Class Period and continued to drop throughout the Class Period because Fox's customers were struggling to move excess product they had ordered during Covid when consumer demand had deteriorated. Like Fox's SSG customers, Fox's PVG customers delayed and canceled orders and drastically reduced their orders for new

product. Knowing that SSG sales were cratering and revenue was declining, Fox tasked PVG with making up for SSG's sales shortfall, and artificially inflated PVG revenue by pulling forward orders. PVG inventory, too, skyrocketed with product that customers refused to take. By the end of the Class Period, Fox had to rent several new warehouses to store the additional inventory, which had become obsolete.

## DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS DURING THE CLASS PERIOD

69. Throughout the Class Period, on earnings calls, in its yearly financial disclosures for fiscal years 2021, 2022, and 2023 ("FY-2021," "FY-2022," and "FY-2023") filed with the SEC in Form 10-Ks, in every quarterly financial disclosure filed with the SEC in Form 10-Qs, in numerous press releases (including those attached to SEC Form 8-Ks), and on earnings calls and investor conferences, Defendants made materially false statements and misleading omissions that misrepresented and/or concealed from investors the state of affairs described above. In particular, they misrepresented and/or concealed that:

- Consumer demand for bikes and SSG products had dropped significantly from pandemic levels;
- Bike OEM customers had excess inventories of bike parts and would not be placing new orders with Fox because of the decline in end-user demand;

- As a result of the decline in demand, OEMs were asking Fox to delay and/or cancel the shipment of existing orders and SSG's inventory was rising;
- Demand for PVG products was declining for the same reasons;
- PVG lost customers in 2022;
- Fox began pulling forward revenue at the end of quarters by shipping product to PVG customers in order to recognize revenue earlier; and
- Inventory was also increasing as a result of slowing demand for PVG products and PVG's inventory became bloated with obsolete products that should have been written off.

70. As described in detail in the next section, Defendants repeatedly assured investors that revenue in both business segments was not only increasing, but was increasing due to "incredibly strong" demand with no signs of abating, that Fox's increasing inventory was due to "safety stock" and "natural growth to meet anticipated demand," and that Fox would achieve $2 billion in growth (including $1 billion in organic growth) by 2025. For the reasons stated herein, these statements were false and misleading.

### A. Defendants' Misleading Statements Regarding Increases in Sales and Revenue Due to "Demand" in the Bicycle Parts Business

71. The Class Period starts on May 6, 2021, when Fox Factory announced its financial results for the first quarter of FY-2021 ("1Q-2021") ended April 2,

2021, and increased guidance for the next quarter and for FY-2021. In a press release attached as an exhibit to a Form 8-K filed with the SEC and signed by Defendant Dennison, Fox reported total sales and revenues of $281.1 million,[2] which represented an increase of 52.5% over the same quarter in 2020 and reflected an 85.5% increase in SSG sales over the prior year. Fox reported SSG sales of $118.3 million in a Form 10-Q filed the same day.

72. The 1Q-2021 press release stated that the increase in SSG sales was "***primarily driven by increased demand in both the . . . [OEM] and aftermarket channels.***" This statement was repeated in the Company's Form 10-Q for 1Q-2021, which was signed by Defendant Humphrey, and filed with the SEC on May 6, 2021.

73. On the same day, Fox hosted a call with investors and analysts during which Defendant Dennison touted "***unprecedented demand growth***," stating that "***demand for [Fox's] products in both PVG and SSG continue[d] to be strong. . . .***" Defendant Dennison also declared that "***[l]ooking forward to the rest of 2021, the demand projection remains very strong***," and that "***[t]he tectonic shift created in the consumer demand by the pandemic seems more than just a transitory bubble***." For his part, Defendant Humphrey reiterated that SSG's growth

---

2 Throughout the class period Fox reported the same number for sales and revenues each quarter.

during the quarter was "***driven by high demand in both the OEM and aftermarket channels***."

74. Asked by an analyst to elaborate on the strength of SSG's sales on the OEM side versus the aftermarket side and whether "one [is] stronger than the other," Defendant Dennison responded that both businesses were "***incredibly strong***."

75. The statements referenced above in ¶¶71-74 were materially false and misleading because the increase in SSG sales was not due to continued or "increased" strong demand in the OEM channel, but to the fulfillment of orders that Fox's customers had placed during COVID. In reality, demand from Fox's OEM customers was already declining because OEMs had overordered during COVID. In fact, not only had demand started declining during the quarter as bike shops were already full by this time, but many of Fox's SSG customers had too much inventory and were not placing as many new orders and even asking Fox to delay building and/or shipping existing orders. Far from "incredibly strong," the business was already facing serious undisclosed headwinds.

76. Defendants continued to make misleading statements regarding Fox's SSG business and alleged "demand" the next quarter when, on August 5, 2021, Fox Factory announced its financial results for the second quarter of FY-2021 ("2Q-2021") and raised guidance for the next quarter and for FY-2021. In a press release

attached as an exhibit to a Form 8-K that Fox filed with the SEC, which was signed by Defendant Dennison, Fox reported total sales and revenues of $328.2 million, which represented an increase of 79.2% over the same quarter in 2020 and reflected a 63.9% increase in SSG sales. Fox reported SSG sales of $138.7 million in a Form 10-Q for 2Q-2021, which was signed by Defendant Humphrey, and filed with the SEC the same day.

77. In the press release, Fox attributed the increased sales in SSG to "continued strong demand in the OEM channel along with excellent execution by our team in meeting such demand." These statements were repeated in the Company's Form 10-Q.

78. On the same day, Fox Factory hosted a conference call with analysts and investors where Defendant Humphrey commented that SSG's 64% year-over-year growth was "***driven by continued high demand in their OEM channels***," and Defendant Dennison stated that "***[t]he demand across [Fox's] product categories continue[d] to be strong with no signs of abating***."

79. During the Q&A portion of the earnings call, Defendant Dennison rejected an analyst's suggestion that demand was being overestimated and emphasized the Company's insight into OEM channels:

> ***I think the important thing here is . . . the closer proximity you have to sell-through to our OEM relationships of understanding what[] their business looks like and what they're doing in terms of current inventory levels.*** Given the pretty healthy idea of what could be happening . . . we just have found [overestimating demand] could not

> be a significant issue. . . . [R]ight now, the demand is still so much more significant than what can be supplied that . . . is not a factor. . . . ***Right now, not a big concern and not what we're talking about with our distributors or OEMs in terms of the risk or a big concern.***

80. Similarly, on November 4, 2021, Fox released its financial results for the third quarter of FY-2021 ("3Q-2021") ended October 1, 2021, and raised guidance for the next quarter and for FY-2021. In a press release attached as an exhibit to a Form 8-K that Fox filed with the SEC, which was signed by Defendant Dennison, Fox reported total sales and revenues of $347.4 million, which represented an increase of 33.3% over the same quarter in 2020, and reflected a 48.1% increase in SSG sales. SSG sales were $138.8 million, according to a 10-Q filed by Fox the same day.

81. Fox's 3Q-2021 press release again attributed the increase in SSG sales to "continued strong demand in the [OEM] channel." This statement was repeated in the Company's Form 10-Q for 3Q-2021, which was signed by Defendant Humphrey, and filed the same day, and on the conference call also the same day. On that call, Defendant Dennison again stated that "***demand across [Fox's] product categories continue[d] to be strong with no signs of abating***" and that Fox was "making investments to meet the historic level of demand." He ***also declared that Fox kept "a finger on the pulse of demand, which continue[d] to stay strong***," and that he believed that Fox was "in a strong position as ***we have a good view of demand throughout 2022 for both OEM and aftermarket orders***."

82. When asked to discuss his thoughts on the business's prospects for organic growth in 2022, Defendant Dennison stated, "***[W]e think the demand signals are incredibly strong and remain strong***." Another analyst stated, "[I]t sounds like demand [in SSG] is such that if you can manufacture it and ship it, you can book the revenue." Dennison agreed, adding "***I think we're doing a great job keeping up with our OEMs and the demand signal***."

83. The statements referenced above for 2Q-2021 and 3Q-2021 in ¶¶76-82 were materially false and misleading because, again, the increase in SSG sales during the second half of 2021 was not due to continued strong demand in the OEM channel but to the fulfillment of orders that Fox's customers had placed during COVID. In reality, demand from Fox's OEM customers was declining because OEMs had overordered during COVID, and aftermarket dealers and distributors had begun canceling orders, including Quality Bicycle Products, the largest bicycle distributor in the country. By late 2021, as discussed above, bike sales were already below pre-pandemic levels so it was virtually impossible that there were "strong demand signals" or "no signs of abating." Indeed, the opposite was already true. Many of Fox's customers had already asked Fox to delay building and/or shipping existing orders. By this point in time, some OEMs were cutting their orders by as much as 60%. Additionally, demand had slowed down so much for the SSG

business that, by the end of 2021, its shortfalls were already being pushed onto the PVG segment.

84. The misstatements and omissions as to bicycle demand only continued into 2022. On February 24, 2022, Fox announced its financial results for the fourth quarter ("4Q-2021") and for FY-2021, and raised guidance for the next quarter and for FY-2022. In a press release attached as an exhibit to a Form 8-K filed with the SEC, which was signed by Defendant Dennison, Fox reported total sales and revenues of $342.3 million for 4Q-2021, which represented an increase of 30.5% over the same quarter in 2021 and reflected a 46.7% increase in SSG sales. Fox reported total SSG sales of $579 million for the 2021 fiscal year in a Form 10-K for FY-2021, which was signed by Defendants Dennison and Humphrey, and filed with the SEC the same day.

85. The press release again attributed the increase in SSG sales to "***continued strong demand in the [OEM] channel***," and the increase in sales for FY-2021 to "***increased demand, primarily in the OEM channel***."

86. Also on February 24, 2022, Fox filed its 10-K for FY-2021 with the SEC, which was signed by Defendants Humphrey and Dennison. The 10-K reiterated that the "***increase in Specialty Sports product sales reflects higher demand primarily in the OEM channel***."

87. In a conference call with analysts and investors that same day, Defendant Humphrey attributed SSG's increase in sales "***primarily to increased demand across all channels***." Defendant Dennison stated that the Company's ability to deliver "such staggering numbers" in the SSG division was "***due to the team's ability to . . . anticipate industry demand fluctuations, [and] to scale and accelerate production***."

88. In response to an analyst's question whether the improvement in the time required to meet customer demand ***was due to decelerating demand*** strength, Dennison instead cited other suppliers' performance stating:

> ***That's really a function of an industry dynamic as well. So keep in mind, that's not just us because we're one part of it in the industry. There are other people have to deliver on their components as well to actually fulfill that demand*** . . . .

89. Another analyst asked about Fox's backlog, and Defendant Dennison noted that the $220 million in backlog was "probably a record backlog for us, which means – ***it kind of reinforces the statement that demand is incredibly strong***."

90. Then, on May 5, 2022, Fox announced its financial results for the first quarter of FY-2022 ("1Q-2022") ended April 1, 2022, and raised guidance for the next quarter and for FY-2022. In a press release attached as an exhibit to a Form 8-K that Fox filed with the SEC, which was signed by Defendant Dennison, Fox reported $378 million in sales and revenues as a result (in part) of a 43.5% increase in SSG sales. In the Company's Form 10-Q for the quarter, which was signed by

Defendant Humphrey and filed with the SEC the same day, Fox reported SSG sales of $169.9 million.

91. The press release attributed the increase in SSG sales to "***continued strong demand in both the [OEM] and aftermarket channels***," and Fox repeated this statement in its Form 10-Q for 1Q-2022.

92. This statement was repeated in the Company's Form 10-Q for 1Q-2022, which was signed by Defendant Humphrey and filed with the SEC on May 5, 2022.

93. On the same day, Fox Factory hosted a conference call with analysts and investors where Defendant Humphrey reiterated that the increase in year-over-year sales for SSG was "***primarily due to increased demand across all channels***." Defendant Dennison assured investors that Fox's "***order book remain[ed] robust for the rest of 2022***." Later, in response to an analyst's question, Defendant Dennison stated that Fox ***had not "seen demand slack off at all in any of [its] product lines over the course of the end of [2021] or the beginning of [2022]***…."

94. On August 4, 2022, when Fox announced its financial results for the second quarter of fiscal year 2022 ("2Q-2022") and raised guidance for FY-2022, it again attributed increased SSG sales to "***continued strong demand in the original equipment manufacturer ('OEM') channel***" and repeated this in the Form 10-Q filed the same day and signed by Defendant Humphrey. In its press release attached

as an exhibit to a Form 8-K that Fox filed with the SEC, which was signed by Defendant Dennison, Fox reported total sales and revenues of $406.7 million and a 28.1% increase in SSG sales. In the Company's Form 10-Q for the quarter, which was signed by Defendant Humphrey and filed with the SEC the same day, Fox reported SSG sales of $177.7 million.

95. On the same day, Fox Factory hosted a conference call with analysts and investors where Defendants again claimed that the SSG segment continued to see high demand with Defendant Humphrey stating that the 28.1% increase in year-over-year sales for SSG was "***primarily due to increased demand in our OEM channels***." When asked about the impact of a possible recession on Fox's business, Defendant Dennison indicated that a lot of Fox's product lines were still in a backlog situation and stated that "***for the balance of this year in most of our product lines, we're going to continue to just try to keep up with the demand that we already have . . . [a]nd so that will drive I think . . . a strong Q3 and Q4 based on [the company's guidance]***."

96. On November 3, 2022, Fox released its financial results for the third quarter of FY-2022 ("3Q-2022") and raised guidance for the next quarter and for FY-2021. In a press release attached as an exhibit to a Form 8-K that Fox filed with the SEC, which was signed by Defendant Dennison, Fox reported total sales and revenues of $409 million and a 9.1% increase in SSG sales. In the Company's Form

10-Q for the quarter, which was signed by Defendant Humphrey and filed with the SEC the same day, Fox reported SSG sales of $177.7 million. Fox attributed the increase in sales in SSG as a result of "continued strong demand in the [OEM] channel," which it repeated in a Form 10-Q filed the same day which was signed by Defendant Humphrey. Defendant Humphrey repeated the statement on a conference call also the same day.

97. The statements referenced above in ¶¶84-96 in connection with Fox's 4Q-2021, 1Q-2022, 2Q-2022, and 3Q-2022 financial results were materially false and misleading because, as before, the increase in SSG sales was not due to continued strong demand in the OEM channel but to the fulfillment of orders that Fox's customers had placed during COVID. The "demand" for the SSG business Defendants spoke of was not "increased" or "incredibly strong" or better than the prior year, but was comprised in large amount of old orders (from prior quarters) that had not yet been filled but were finally shipped during the quarter. In fact, by early 2022, not only were OEMs cancelling orders, but aftermarket customers were now also cancelling orders, and other customers had "difficult" conversations with Fox to return unneeded inventory. As detailed above, by 2022, bicycle demand had "petered out" and was down by 40% and for at least one major Fox customer, 60%. By this point, Fox's internal forecasted revenues from the SSG business for FY-2022 was so bad that the PVG group had been tasked with making up a forecasted

$100 million SSG shortfall including during Q3. This makes a "robust order book" an impossibility.

98. In 2023, Fox made the following misstatements related to bicycle demand:

- On February 23, 2023, when Fox announced its financial results for the fourth quarter of FY-2022 ("4Q-2022") and for FY-2022 ended December 31, 2022, it stated in a press release signed by Defendant Dennison that the decline in SSG's sales in 4Q-2022 versus the prior year period was "***driven by return to seasonality***." Defendant Humphrey repeated this on a conference call the same day. On that same call, Defendant Dennison still stated that "***demand is actually more positive than people give it credit for***." Defendant Dennison further stated that he "***believe[d] end customer demand, even though seasonality has finally returned, continue[d] to be generally positive***." Fox's February 23, 2023 press release signed by Defendant Dennison reported a 1.9% decline in SSG sales for the quarter and a 17.6% increase in SSG sales for the year. Fox's 10-K for FY-2022 signed by Defendants Humphrey and Dennison reported $1.3 billion in total sales and revenues and $681 million in SSG sales for the year.

- On May 4, 2023, when Fox announced its financial results for the first quarter of FY-2023 ("1Q-2023") ended March 31, 2023, it reported in a press release signed by Defendant Dennison that the decline in SSG sales was driven again by a "***return to seasonality and the impacts of higher levels of inventory across various channels***." Defendant Maggie Torres reiterated this on a call the same day, but Defendant Dennison once again assured investors that Fox was "***keeping a finger on the pulse of the market***" and "***continue[d] to see positive signs with end customer demand***." The press release reported a 30% decline in SSG sales, and Fox's 10-Q for the quarter signed by Defendant Humphrey reported SSG sales of $118.9 million.
- On August 3, 2023, when Fox announced its financial results for the second quarter of FY-2023 ("2Q-2023") ended June 30, 2023, it stated in a press release signed by Defendant Dennison that the "***decrease in SSG net sales [wa]s driven by higher levels of inventory across various channels***," which Defendant Schemm reiterated on a call the same day. However, ***Defendant Dennison assured investors that "[w]e have seen demand actually stay strong" and "demand actually hasn't been the problem" stating that Fox's "demand [was] up significantly year-on-year over 100%***." The press release reported a

41.0% decline in SSG sales, and Fox's 10-Q for the quarter signed by Defendant Humphrey reported SSG sales of $104.9 million.

99. The statements above in ¶98 were materially false and misleading because demand for SSG sales was not "stay[ing] strong," nor was it "up significantly year-on-year" because end-user demand remained at pre-pandemic (and possibly lower). And the lower revenues from the SSG business was ***not*** a result of "seasonality," but instead a result of declining demand in that business that began in 2021, and Defendants had been relying on filling old and delayed orders to meet their numbers. Furthermore, as discussed herein, by this point in time there could be no doubt that OEMs and aftermarket customers order cancellations were rampant. Indeed, Defendants themselves had internally forecasted lower demand for the SSG business in 2022 and tasked the PVG group to make up the difference. In sum, throughout the Class Period Defendants, while announcing sales and revenue growth, falsely attributed this to increasing demand even though that demand had long petered out.

**B. Defendants' Misleading Statements Regarding Inventory**

100. Throughout the Class Period, Defendants also made misleading statements regarding the reasons behind Fox's growth in inventory and failed to disclose numerous material issues regarding that ballooning inventory.

101. To begin with, on May 6, 2021, Fox Factory's 1Q-2021 press release reported inventory of $166.5 million as of April 2, 2021 compared to $127.1 million as of January 1, 2021, due to "***business growth***." This statement was repeated in the Company's 10-Q for 1Q-2021.

102. Similarly, Fox's 2Q-2021 press release reported inventory of $208.6 million as of July 2, 2021, compared to $127.1 million as of January 1, 2021, and attributed the increase to "additional raw materials purchases to mitigate risks associated with supply chain uncertainty." These statements were repeated in the Company's 10-Q for 2Q-2021 and on a conference call the same day.

103. Fox largely repeated this in its press release announcing its 3Q-2021 financial results where Fox Factory reported inventory of $246.2 million as of October 1, 2021, compared to $127.1 million as of January 1, 2021, and stated that the increase was "primarily due to additional raw materials purchases to mitigate risks associated with supply chain uncertainty." These statements were repeated in the Company's 10-Q for 3Q-2021 and during the earnings call hosted the same day.

104. Fox did the same in its press release announcing its 4Q-2021 and FY-2021 financial results, when reporting inventory of $279.8 million as of December 31, 2021, compared to $127.1 million as of January 1, 2021, stating that the "increase in inventory is primarily due to additional raw materials purchases to

mitigate risks associated with supply chain uncertainty." This statement was repeated in the Company's Form 10-K for FY-2021.

105. The next quarter, Fox Factory's 1Q-2022 press release reported that inventory had again increased to $315.0 million. Fox again attributed the increase the release attributed to "additional raw materials purchases to mitigate risks associated with supply chain uncertainty." This statement was repeated in the Company's 10-Q for 1Q-2022.

106. The statements referenced above in ¶¶101-105 were materially false and misleading because Fox failed to disclose that the increase in inventory was because OEM customers were delaying and canceling existing product orders for which Fox had already purchased raw materials or built and because aftermarket dealers and distributors had begun canceling orders. By early 2022, there was already a large increase in aftermarket inventory causing literally overflowing warehouses in the United States.

107. Similar statements only continued through the Class Period:

- In its August 5, 2022 press release announcing its 2Q-2022 financial results, Fox Factory reported inventory of $349.1 million as of July 1, 2022, compared to $279.8 million as of December 31, 2021, an attributed the increase to "***receipt of long lead time items that had***

***been delayed, higher levels of safety stock to mitigate uncertainty, and natural growth to meet anticipated demand***."

- The Company's Form 10-Q for 2Q-2022 noted that "***[t]he change in inventory [was] primarily due to additional raw materials purchases to mitigate risks associated with supply chain uncertainty***."
- In its November 3, 2022 press release announcing its 3Q-2022 financial results, Fox attributed increased inventory to "***receipt of long lead time items that had been delayed, higher levels of safety stock to mitigate uncertainty, and natural growth to meet anticipated demand.***" This statement was repeated in the Company's Form 10-Q for 2Q-2022.
- In its press release announcing its 4Q-2022 and FY-2022 financial results, Fox Factory reported increased inventory and ***attributed the increase to "natural growth to meet anticipated demand, receipt of long lead time items that had been delayed, and higher levels of safety stock to migrate supply chain uncertainty***."

108. The statements referenced above in ¶107 were materially false and misleading because Fox failed to disclose that the increase in inventory was the result of orders being delayed and cancelled, and inventory continued to increase but obsolete inventory was not written off. In fact, by the end of 2022, the inventory

situation had reached "critical mass" with legions of shipping containers being used to control it.

### C. Defendants' Misleading Statements Regarding $2 Billion Growth

109. Throughout the Class Period, Defendants repeatedly touted their "five year plan" to achieve $2 billion in revenue by 2025 with organic growth, despite all the serious issues discussed herein.

110. On September 21, 2021, Fox Factory held an Analyst/Investor Day, with Defendants Dennison and Humphrey participating on behalf of the Company, among others. On the call, Defendant Dennison reaffirmed this plan stating, "***So it took us 4 decades to get to $1 billion. Now what? How about 4 years of $2 billion. That's where we're going right there, 2025, $2 billion. . . . Our plan, our playbook remains intact. What we set out to go do is still what we need to go do. So now with 4 years left in this time[-]line, we're going to grow this $1 billion, organically***." Defendant Dennison stated that the forecasted growth was "***absolutely***" achievable, stating, "***We're doing really well. We're on track. We feel great about that $2 billion. We actually feel a little better than great about that $2 billion. There's lots of challenges ahead, lots of hurdles to overcome, but with the team in place and what we're doing, this is absolutely in our sights***."

111. Fox's total reported revenue for FY-2021 was $1.3 billion. In other words, even as SSG and PVG demand had begun to decline, Fox told investors that it would grow its revenue $700 million, ***or over 50%,*** in four years.

112. Although some of the statements referenced above were opinions, they were nevertheless materially false and misleading because, among other reasons, they (i) contained embedded statements of fact that were not true; and (ii) did not fairly align with the information about the Company's core operations, related product demand, sales pipeline, and supply chain, in the possession of Fox Factory and known to Defendant Dennison at the time. At the time, Fox was not "doing really well" and was not "on track" – the sharply declining demand for SSG products alone made the Company's goal $2 billion in revenue (including $1 billion of "organic" revenue) by 2025 unattainable.

113. During Fox's earnings call for 2Q-2022, Defendant Dennison expressed continued confidence in the Company's 2025 guidance for $2 billion in revenue stating: "***[W]e're really happy with our position relative to 2025 and $2 billion of revenue and 25% EBITDA. I think we're tracking right to it. And in the last quarter, we saw the right signs of improvement and progress that give us even more confidence to those commitments***."

114. During Fox's earnings call for 3Q-2022, in response to an analyst question, Defendant Dennison stated that he was ***still confident in the "2025 vision" of $2 billion in revenue***.

115. Then, during Fox's earnings call for 4Q-2022 and FY-2022, even as SSG sales and revenues were reported as declining, Defendant Dennison told investors that ***the Company's results "continue[d] to give [it] confidence in [Fox's] long-term vision of $2 billion in revenue by 2025 and therefore, [Fox] [was] now beginning to set [its] sights on even more ambitious goals***." Although Defendant Dennison stated that Fox believed SSG "could be down anywhere between high single digits to high teens" in 2023 before "returning to [its] long-term growth expectations," he made excuses for the increasing inventory, and again said demand was positive and that Fox was "***still very confident in top line . . . $2 billion [in revenue] by 2025***."

116. Defendants' repeated statements in ¶¶113-115 above reiterating confidence in Fox's "long-term vision of $2 billion in revenue by 2025" were materially misleading because Defendants knew that it could not grow its SSG and PVG revenue by 50% since they knew that demand in both segments of Fox's business was in decline as the bubble of demand from the COVID pandemic had burst. They were likewise aware that OEMs and aftermarket customers in both SSG

and PVG were delaying, and then outright cancelling orders, and that Fox' inventory had increased to unprecedented levels as a result.

**D. Defendants' Misleading Statements Regarding the PVG Business**

117. Throughout the Class Period, Defendants made misleading statements to investors about its PVG business in its press releases and Form 10-Qs, and in earnings calls. Defendants misled investors into believing that PVG's revenue was due to *present* customer demand and that the demand would continue, when in fact the revenue was from demand generated from the COVID pandemic, and was already in decline by the beginning of the Class Period. These statements for just 2021 include:

- Fox Factory's 1Q-2021 press release stated that the increase in PVG sales was "***primarily due to the aftermarket channel.***" This statement was repeated in the Company's Form 10-Q for 1Q-2021. Fox's press release for 1Q-2021 reported a 35.0% increase in PVG sales, and Fox's 10-Q for the same quarter reported PVG sales of $162.7 million.
- In its 2Q-2021 press release, Fox attributed the increase in PVG sales to "increased demand in both [OEM] and aftermarket channels, including strong performance in our uplifting business." This statement was repeated in the Company's Form 10-Q for 2Q-2021. Fox's press release for the quarter reported a 92.4% increase in PVG

sales, and Fox's 10-Q for the same quarter reported PVG sales of $189.4 million.

- On a conference call hosted the same day, Defendant Humphrey stated, "***I think aftermarket has been very strong, Powersports has been very strong, and upfitting has been very strong.***" Likewise, in response to a question from an analyst about how individual groups within the PVG division performed, Defendant Dennison stated that while there was some slowness with OEMs in the PVG business, "***with the rest of the business, the demand still far outreaches supply. So whether it's Powersports, upfitting, aftermarket, our sport truck business, all of them saw more demand in the quarter than we expected at the beginning of the quarter***...."
- Fox's 3Q-2021 press release again attributed the increase in PVG sales to "strong performance in our uplifting product lines, as well as increased demand in both the OEM and aftermarket channels." This statement was repeated in the Company's Form 10-Q for 3Q-2021 and on a conference call the same day. On that same call, Defendant Dennison also noted that there was "***a lot of aftermarket demand***" in the PVG segment, and that "***we'll go into next year knowing we've got a good book of business to go drive growth on top of the 2021***

***numbers***." Fox's press release for the quarter reported a 22.8% increase in PVG sales, and Fox's 10-Q for the same quarter reported PVG sales of $188.0 million.

- In its press release for 4Q-2021 and FY-2021, Fox attributed the increase in PVG sales for 4Q-2021 to "***strong performance in our upfitting product lines***" and the increase in PVG sales for the year to "***increased demand in the aftermarket channel, including strong performance from our upfitting product lines, and the inclusion of a full twelve months of revenues from our SCA Performance Holdings, inc. subsidiary***." Fox's press release for 4Q-2021 and FY-2021 reported an 18.6% increase in PVG sales for the quarter and a 37.5% increase for the year, and Fox's 10-K for FY-2021 reported PVG sales of $720.0 million for the year.
- On the conference call discussing these financial results, an analyst asked about Fox Factory's PVG business and its ***"pretty significant" inventory growth***. Defendant Humphrey responded that the "there's a number of factors playing into that big increase in inventory," blaming supply chain challenges, inflation, and the process of moving inventory to a new facility as the reasons behind the inventory

increase. He pointed to Fox's increased backlog, stating, "***the demand is there***, and we've been bringing in more inventory."

- Additionally, in response to a question about expected growth rates for the PVG business, Dennison stated that, "[b]ased on all the product launches and based on the efficiencies in Gainesville and the backlog, which we mentioned earlier at $220-plus million, that growth rate is going to be pretty substantial."

118. Fox's statements referenced above in ¶117 were materially false and misleading because the increase in PVG sales was not due to increased demand in the OEM and aftermarket channels but to the fulfillment of old orders that customers had placed at the beginning of COVID. In reality, demand for PVG products had begun to decline for the same reasons that Fox's SSG customers were reducing their demand – that is, PVG customers ordered too much during the pandemic and new orders were being reduced. The "demand" Dennison referenced was not new orders but rather simply prior orders that had not yet been filled, and dealers and distributors were canceling orders. By the second half of 2021, salespeople were being met with stonewalls at dealerships.

119. Defendants continued to make these misstatements regarding the PVG business throughout 2022 and into 2023, including:

- In its 1Q-2022 press release, Fox stated that the increase in PVG sales was "primarily due to strong performance in our upfitting product lines." This statement was repeated in the Company's Form 10-Q for the same quarter and on a conference call the same day. On that same call, an analyst asked for a "view of where [Fox Factory's] upfitting business stands" and ***whether "the backlog you're seeing now [is] reflective of growth from both number of dealers and vehicles per dealer?*** " Dennison responded, "***We're seeing growth in both of those cases***. So, we feel pretty good about upfitting for the foreseeable future." Fox's press release for the quarter reported a 27.9% increase in PVG sales, and Fox's 10-Q for the same quarter reported PVG sales of $208.1 million.

- In its 2Q-2022 press release announcing a 20.9% increase in PVG sales, Fox attributed the increase in PVG sales to "***strong performance in our upfitting product lines***." Additionally, the press release quoted Defendant Dennison as stating that Fox was "***still seeing healthy demand across most of our diversified portfolio for the balance of the year***." This statement was repeated in the Company's Form 10-Q for the same quarter filed the same day. Fox's press release for the

quarter reported a 20.9% increase in PVG sales, and Fox's 10-Q for the same quarter reported PVG sales of $229.0 million.

- On the conference call that day, Defendant Dennison stated that Fox "***anticipate[d] the PVG Group will continue to grow at the current rates*** given the significant backlogs in our auto OE and Power Sport business, along with strong demand in our outfitting product lines."
- In response to a question from an analyst about Fox's "truck business" and "[w]hat visibility do you [have] to the order flow at dealers today?" Dennison responded, "***So I think that demand is going to stay healthy again through the balance of this year and into the next year***…."
- Fox's press release accompanying its 3Q-2022 financial results attributed the increase in PVG sales to "***strong performance in our uplifting product lines, as well as increased demand in both the OEM and aftermarket channels***." Fox's Form 10-Q for the same quarter filed the same day similarly attributed the increase in PVG sales to "***strong performance in our upfitting product lines and increased demand in the OEM channel***." The same were reiterated on a call that day. Fox's press release for the quarter reported a 25.1% increase in PVG sales, and Fox's 10-Q for the same quarter reported PVG sales of $235.2 million.

- On that call, an analyst asked if power sports OEM customers "have begun to taper orders at all," and Dennison responded "***we haven't seen any tapering yet. Our customers are pushing us to produce more. We're getting better quarter-on-quarter. . . .***"
- Fox Factory's press release accompanying its 4Q-2022 and FY-2022 financial results noted that the increase in PVG sales for 4Q-2022 was "***primarily due to increased demand in the [OEM] channel and strong performance in our upfitting product lines***," which Fox repeated in its Form 10-K for FY-2022 filed the same day. Fox's press release reported a 38.5% increase in PVG sales for the quarter and a 28.0% increase for FY-2022, and Fox's 10-K for FY-2022 reported PVG sales of $921.6 million for the year.
- In its 1Q-2023 press release, Fox reported a 35% increase in PVG sales for the quarter, and Fox's 10-Q for the same quarter reported PVG sales of $281.0 million. Its press release stated that the increase in PVG sales was "primarily due to increased demand in the [OEM] channel and strong performance in our upfitting product lines." This statement was repeated in the Company's 2Q-2023 press release and 10-Q, where Fox reported a 32.6% increase in PVG sales and 26.2% increase in AAG sales for the quarter over the prior year period.

120. Fox's statements above in ¶119 were materially false and misleading because the financial results reported for the PVG business and the basis for the earnings were not attributable to higher demand in either the OEM channel or in Fox's upfitting business. PVG's demand continued to decline as customers pushed back on inventory they had ordered a year or more ago. PVG inventory included obsolete inventory that Fox refused to write off and had risen dramatically to over $100 million. Fox's upfitting business was not doing well because sales had declined dramatically and the backlog was not reflective of future growth; dealers were refusing to order new vehicles because they were still waiting on delivery of vehicles from Fox's backlog. Additionally, by 2022, Fox had lost two key OEM customers – Jeep and Polaris – and was pulling forward sales in order to increase its quarterly revenue. Given the above, Defendant's forecast of 20% growth in PVG business was also knowingly unattainable.

**E. Defendants' Misleading Risk Disclosures**

121. Despite the decrease in demand, the unsustainable growth, the massive inventory sitting in shipping containers, and the loss of major OEM customers Jeep and Polaris, Fox Factory's 10-Ks and 10-Qs contained risk disclosures that described these risks to the company's business as purely hypothetical all throughout the Class Period, even after the risks had already materialized.

122. At the beginning of the Class Period, under the "Risk Factors" section of Defendants' Form 10-Q for 1Q-2021, Fox listed the following as "risks and uncertainties" that "***could*** [] materially and adversely affect[]" Fox Factory's business and operations "[***i***]***f*** [they] actually occur":

> A significant portion of our sales are highly dependent on the demand for high-end bikes and a material decline in the demand for these bikes or their suspension components could have a material adverse effect on our business or results of operations.
>
> During 2020, approximately 41% of our sales were generated from the sale of bike products. Part of our success has been attributable to the growth in the high-end bike industry, including increases in average retail sales prices, as better-performing product designs and technologies have been incorporated into these products. If the popularity of high-end or premium-priced bikes does not increase or declines, the number of bike enthusiasts seeking such bikes or premium-priced suspension products, wheels, cranks and other specialty components for their bikes does not increase or declines, or the average price point of these bikes declines, we ***may*** fail to achieve future growth or our sales could decrease, and our business, financial condition or results of operations ***could be*** negatively affected.
>
> * * * *
>
> We may not be able to sustain our past growth or successfully implement our growth strategy, which may have a negative effect on our business, financial condition or results of operations.
>
> We grew our sales from approximately $751.0 million in 2019 to approximately $890.6 million in 2020. This growth rate may be unsustainable. . . . ***If*** we are unable to sustain our past growth or successfully implement our growth strategy, our business, financial condition or results of operations ***could be*** negatively affected.
>
> * * * *
>
> A relatively small number of customers account for a substantial portion of our sales. The loss of all or a substantial portion of our sales to any of these customers, whether through the temporary or permanent discontinuation of their products which incorporate our products or otherwise, or the loss of market share by these customers ***could*** have a material adverse impact on us and our results of operations.

123. Defendants' Form 10-Qs for 2Q-2021 and 3Q-2021 again contained the identical "Risk Factors" set forth in ¶122 above, which were being repeated every quarter without change.

124. The "Risk Factors" in Defendants' Form 10-K for FY-2021 were updated to include sales figures for FY-2021 but were otherwise identical to the "Risk Factors" set forth in ¶122 above.

125. Defendants' Form 10-Qs for 1Q-2022, 2Q-2022, and 3Q-2022 contained the very same "Risk Factors" referenced in ¶124 above, repeated verbatim.

126. The "Risk Factors" in Defendants' Form 10-K for FY-2022 were updated to include sales figures for 2022 but were otherwise identical to the "Risk Factors" set forth in ¶122 above.

127. Defendants' Form 10-Qs for 1Q-2023 and 2Q-2023 contained the very same "Risk Factors" referenced in ¶126 above, repeated verbatim.

128. Beginning with Defendants' 10-K for FY-2021, the "Risk Factors" became materially false and misleading because Defendants continued to frame the risks as merely hypothetical risks that "could" come to pass, when in reality they were already occurring. It was not just a possibility that Fox *could* "fail to achieve future growth or [Fox's] sales *could* decrease," and that Fox *could* be "unable to sustain its past growth rate or successfully implement [its] growth strategy." By the

beginning of the Class Period, demand from Fox's SSG and PVG customers was already in decline; OEMs were asking Fox to delay the shipment of existing orders before eventually cancelling them altogether, and Fox's aftermarket customers were cancelling and drastically reducing their orders as they dealt with the glut of inventory they finally received from overpurchasing during the pandemic in the face of declining end-user demand. Sales had already begun to decrease and would continue decreasing throughout the Class Period, and Fox was unable to sustain its pandemic-related growth strategy. In addition, Fox lost two of its largest OEM customers on the PVG side sometime in 2022, Jeep and Polaris.

129. Therefore, Defendants made numerous false and misleading statements throughout the Class Period to attribute their sales and revenue "growth" to increased demand, to obfuscate the reasons for expanding inventory in both divisions, and to continue to reinforce their illusory 2025 vision. At no point during the Class Period did Defendants inform the investing public of the true state of affairs at the Company or with its customers.

## THE TRUTH IS REVEALED IN TWO PARTS

130. On November 2, 2023, after the markets closed, Fox Factory released its results for the third quarter of fiscal year 2023 ("3Q-2023") ended September 29, 2023. In a press release attached as an exhibit to a Form 8-K signed by Defendant Dennison that was filed with the SEC that day, and in its 10-Q for the

same quarter signed by Defendant Schemm, Fox Factory reported that its net sales for 3Q-2023 had decreased 19.1% year-over-year, and that SSG sales had declined an astounding 58.6% from $174.0 million to $72.0 million. The release also disclosed sharply lower sales growth for PVG and AAG despite the inclusion of new revenue from a recent acquisition. Combined PVG and AAG sales growth was just 10.2% as compared to 25.1% in the prior year period and 35% and 29% in the first two quarters of FY-2023, respectively. In addition, Fox cut its sales guidance for FY-2023, citing continued inventory destocking in its SSG segment.

131. On the same day, Fox Factory held a conference call with analysts and investors to discuss its 3Q-2023 financial results. Defendant Dennison disclosed for the first time that the ongoing steep decline in SSG sales was due to "***slower buying patterns***" from OEMs and a drop in consumer demand, stating:

> Actual sales were lower than our estimate for the quarter by approximately $25 million as we saw ***slower buying patterns***, especially in September as consumers adjust[ed] in an environment of higher interest rates and costs coupled with macroeconomic uncertainty.

132. But on the PVG side, Fox reported a 12.4% increase in PVG sales, "***primarily due to strong demand in the [OEM] channel***, partially offset by the impact of the United Auto Workers ("UAW") strike." With respect to AAG, Fox reported an 8.2% increase in sales due to the inclusion of revenue from a recent acquisition, Custom Wheel House, "partially offset by the impact of the UAW strike."

133. Fox cut its sales guidance for FY-2023 from between $1.67 billion and $1.70 billion to between $1.43 billion and $1.47 billion, citing continued ***inventory destocking*** in its SSG segment. ***But despite the disappointing results, the press release stated that Fox still expected to "achieve [its] 2025 target of $2.0 billion sales***."

134. On this news, the price of Fox's common stock cratered $22.60, or 37.34%, to close at $60.53 per share on November 3, 2023, on unusually high trading volume.

135. Then on February 22, 2024, after the markets closed, Fox Factory released its results for the fourth quarter ("4Q-2024") and fiscal year 2024 ("FY-2024") ended December 29, 2023. In a press release attached as an exhibit to a Form 8-K signed by Defendant Dennison that was filed with the SEC that day, Fox Factory reported that its net sales for 4Q-2023 had ***decreased*** 18.6% year-over-year to $332.5 million. Excluding $16.8 million in new revenue from Marucci, which Fox acquired in November 2023, SSG sales were $76.6 million for the quarter, ***representing a 52.7% decline year-over-year***. Fox finally disclosed that the decrease in SSG sales was due to "***channel inventory recalibration and to a lesser extent lower end consumer demand***."

136. For the first time during the Class Period, Fox reported a 10.7% ***decrease*** in PVG sales for the quarter, from $132.6 million to $118.3 million. Fox

blamed on the decrease on the UAW strike, "slower than expected ramp-up in OEM production, and the effects of macroeconomic environment." While AAG sales for the quarter increased 3.5%, Fox disclosed that the increase was primarily due to the inclusion of $19.5 million revenue from Custom Wheel House, which it acquired earlier in the year. Excluding those sales, AAG sales had also ***declined*** from $116.6 million to $101.3 million.

137. On the same day, Fox held a conference call with analysts and investors to discuss its 3Q-2023 financial results. Defendant Schemm stated that "[w]hile SSG's bike hit trough like levels in the fourth quarter, we expect to see further declines in the first half with the first quarter of 2024 being the lowest since destocking began as the inventory recalibration is taking longer than anticipated, and consumer demand is expected to decline year-over-year." Dennison also told investors that Fox was "not expecting any improvement in SSG this year" and was "expecting that business to be flat to down in '24."

138. On the PVG side, Defendant Dennison disclosed that "Powersports also saw less demand from OEs as their distributors and dealers work through elevated inventory levels and seasonality factors." Schemm also disclosed that "PVG also had reduced sales in power sports, given dealer and distributor conservatism with inventory," and that Fox "expect[ed] this conservatism to continue into the first half of 2024."

139. Schemm also disclosed for the first time that AAG had "lower sales in the upfitting business because of reduced chassis availability, mix and dealer and distributor conservatism by holding lower inventory due to higher interest rates." Likewise, Dennison stated that "dealers took a more conservative position on inventory." Schemm stated, "While we address the dealer conservatism, the chassis allocation mix impact and model year changeovers, which are delaying sales, I think it's important to note that our upfit business has grown more than 40% over the last 2 years." Then, in response to an analyst question about growth rates for Fox's different business segments, Defendant Schemm disclosed that "this is mainly a flattish year for [AAG]" and that "the outfitting business is relatively flat."

140. Finally, Defendant Schemm told investors that Fox was withdrawing it $2 billion projection for 2025, stating "[o]ur vision of $2 billion in sales and 25% EBITDA margins will depend on several factors, including uncertainties on volume and product mix since we are largely tied to OEMs," and that ***"[a]s a result, we will revisit 2025 aspirations in the second half of this year when we have more visibility***."

141. On the call, analysts expressed surprise about the inventory issues on the PVG and AAG side. One analyst asked, "[o]n the Powersports side, I'm curious how recently your Powersport OEM customers reset their order pattern with you?" Defendant Dennison responded that "it started kind of post Labor Day and it kind

of carried into Q4," and admitted that "we saw the really significant reduction in December to February, that they're having some inventory challenges." The analyst followed up, stating, "We've done some work in that area. It just feels like there's an inventory issue." Another analyst commented:

> I guess I'm trying to understand a little bit better what's changed since we last spoke in November or the last report. It seems like the UAW strike impact, at least at that point, was fairly well understood. We had started incorporating higher interest rates in terms of dealer reluctance to take inventory. Would it be fair then to say that this powersports shift and inventory recalibration is kind of the biggest piece that's loosened some?" Defendant Dennison responded that "[w]e do see some softening in the automotive space" and "[w]e see some softening AAG just relative to floor plan financing."

142. Analysts slashed their forecasts on this news. Roth MKM lowered its FY-2024 EPS forecast from $4.84 to $2.30 because of "lower-than-expected Q4 EPS and the issuance of well-below-consensus FY-2024 guidance," noting that the weaker economic outlook was due to "an ongoing glut of channel inventory" in the Company's Bike business "and as emerging weakness in the Powered Vehicles Group (PVG) and Aftermarket Accessories Group (AAG) is expected to take a big toll on profits in 1H."

143. On this news, the price of Fox's common stock declined $17.43 per share, or 26.82%, from a close of $64.98 on February 22, 2024, to a close of $47.55 on February 23, 2024, on unusually high trading volume.

144. As a result of Defendants' wrongful acts and omissions, and the resulting precipitous decline in the market value of the Company's securities, Plaintiff and Class members have suffered significant losses.

**DEFENDANTS' FINANCIAL MOTIVE AND SCIENTER**

145. Defendants CEO Dennison and CFO Humphrey, along with Christopher Tutton (SSG President) took advantage of their positions and insider knowledge of the Company's business and prospects to sell Fox stock at opportune times, while the stock price was elevated by their misconduct. Moreover, they were further incentivized to engage in the fraudulent conduct by receiving huge amounts of "performance based" compensation tied the Company's reported results during the Class Period.

**A. Insider Stock Sales**

146. During the Class Period, Defendant Dennison made five sales, selling a total of approximately $4.3 million worth of stock at an average price of $125.76 per share, which was more than 2.6 times the price of Fox Factory's stock at the close of the Class Period. Out of 104,909 shares that he owned during the Class Period, Defendant Dennison sold 34,129 shares, or approximately 32.5% of his total shares. Defendant Dennison's sales are as follows:

- On October 14, 2021, Defendant Dennison sold 5,000 shares, or approximately 6.16% of his stock, on the open market at a weighted

average price of $154 per share, generating $770,000 in proceeds. Defendant Dennison sold his stock at a time when Fox's stock was trading at or near the Class Period high.

- On October 15, 2021, Defendant Dennison sold another 5,000 shares, or approximately 6.56% of his stock, on the open market at a weighted average price of $158.79 per share, near the class period high generating $793,950 in proceeds.
- On December 1, 2022, Defendant Dennison sold 7,500 shares, or approximately 9.7% of his stock, on the open market at a weighted average price of $110 per share, generating $825,000 in proceeds.
- Less than two months later, on January 27, 2023, Defendant Dennison sold another 7,500 shares, or approximately 10.7% of his stock, on the open market at a weighted average price of $115 per share, generating $862,500 in proceeds.
- Last, on August 10, 2023, Defendant Dennison sold 9,129 shares, or approximately 11.4% of his stock, on the open market at a weighted average price of $114 per share, generating $1,040,706 in proceeds. This was Defendant Dennison's largest sale during the Class Period and occurred just seven days after Fox reported its 2Q-2023 financial results, where for the first time since the beginning of the Class Period,

Fox announced a 1.5% decrease in net sales. After that quarter, Fox reported sharp double-digit declines in net sales for the last half of the year.

147. By contrast, Dennison made only two stock sales during the 32 months before the start of the Class Period, after he became CEO. Between August 29, 2018 and May 6, 2021, Dennison sold 10,671 of the 96,164 shares that he owned, or approximately 11.1% of his shares, for proceeds of nearly $1.25 million.

148. Also during the Class Period, Defendant Humphrey made two stock sales, selling 2,300 of his 17,719 Fox Factory shares, or approximately 12.3% of the stock he owned, at an average price of $124.56 per share, which was more than 2.6 times the price of Fox Factory's stock at the close of the Class Period.

149. On August 9, 2021, Defendant Humphrey sold 400 shares on the open market at a weighted average price of $156.97 per share, when Fox's shares were trading at or near the Class Period high.

150. On February 28, 2023, Defendant Humphrey sold another 1,900 shares on the open market at a weighted average price of $117.74 per share. This was Defendant Humphrey's largest stock sale ever.

151. Defendant Humphrey made $286,494 in proceeds from his two sales. Defendant Humphrey's only stock sales occurred during the Class Period; he did not sell any shares before the Class Period, nor has he sold any shares since.

152. Christopher Tutton, the President of Fox Factory's SSG division, sold the majority of his Fox Factory shares during the Class Period for proceeds of approximately $2 million. Specifically, Tutton sold 16,504 shares, approximately 64% of his stock, in four separate sales at an average price of $121.36 per share, more than 2.5 times the price of Fox Factory's stock at the close of the Class Period. Tutton's sales are as follows:

- On May 11, 2021, Tutton sold 5,260 shares, or approximately 19.6% of his stock, on the open market at a weighted average price of $155 per share when Fox's stock were trading at or near the Class Period high, generating $815,309 in proceeds. The sale occurred just five days after Fox announced its 1Q-2021 financial results, in which it reported its third consecutive quarter of record sales.
- On August 24, 2021, Tutton sold 910 shares, or approximately 4.4% of his stock, on the open market at a weighted average price of $155 per share, again when Fox's stock were trading at or near the Class Period high, generating $141,050 in proceeds. The sale occurred 19 days after Fox announced its 2Q-2021 financial results, in which it announced a fourth consecutive quarter of record revenue, and that it had surpassed $1 billion in revenue for the last twelve months for the first time in the company's history.

- On August 9, 2022, Tutton sold 8,055 shares in two separate sales, representing nearly 40% of his stock. He sold these shares on the open market at a weighted average price of $103.21 per share, generating $831,337 in proceeds. This sale occurred just five days after Fox announced its 2Q-2022 financial results, in which it reported another quarter of record revenue results, including that it had surpassed $400 million in quarterly revenue for the first time.
- On June 13, 2023, Tutton sold 2,279 shares, or approximately 14.7% of his stock, on the open market at a weighted average price of $94.42 per share, generating $215,183 in proceeds.

153. All told, Tutton made almost twice as much in stock sales during the Class Period than in the 34 months before the Class Period began. Before May 6, 2021, he sold only $1,208,630 in stock.

**B. "Performance-Based" Compensation**

154. Defendant's "performance based" compensation likewise made them much wealthier during the Class Period because their fraud allowed them to surpass certain business targets set by the Company's Board of Directors.

155. In 2021, 2022, and 2023, Fox's Compensation Committee approved the issuance of performance share units ("PSUs") – restricted stock units that vest only upon the achievement of certain performance goals – to executives including

Defendants Dennison, Humphrey, and Schemm, as well as Tutton and Fletcher. According to Definitive Proxy Statements filed by Fox for FY-2021 through FY-2024, Defendants Dennison, Humphrey, and Schemm received millions of dollars' worth of PSUs incentivizing them to meet certain performance goals during the Class Period.

156. In 2021, Defendant Dennison received 15,760 PSUs with a fair value of $2,210,182. In 2022, Defendant Dennison received 18,611 PSUs with a fair value of $2,250,070. In 2023, Defendant Dennison received 21,005 PSUs with a fair value of $2,500,015.

157. Because he received additional performance-based cash bonuses on top of PSUs, Defendant Dennison's total compensation during the Class Period far exceeded his compensation before the Class Period, as Fox disclosed in its March 20, 2024 Proxy Statement for FY-2023:




158. In 2021, Defendant Humphrey received 3,406 PSUs with a fair value of $477,657. In 2022, Defendant Humphrey received 4,136 PSUs with a fair value of $500,042.

159. Defendant Schemm, who replaced Defendant Humphrey as CFO in 2023, received 5,328 PSUs with a fair value of $495,078 in 2023.

160. President of SSG Christopher Tutton and President of PVG Thomas Fletcher were also eligible to receive PSUs beginning in 2021. Both Tutton and Fletcher received PSUs as an inventive to meet certain performance goals for the SSG and PVG groups during the Class Period.

161. In 2021, Tutton received 2,426 PSUs with a fair value of $340,222. In 2022, Tutton received 3,226 PSUs with a fair value of $390,023. In 2023, Tutton received 3,571 PSUs with a fair value of $425,020.

162. In 2021, Fletcher received 1,156 PSUs with a fair value of $177,770. In 2022, Fletcher received 2,068 PSUs with a fair value of $250,021. In 2023, Fletcher received 2,521 PSUs with a fair value of $300,049.

### C. Defendants Knew of or Recklessly Disregarded Material Undisclosed Information

163. Throughout the Class Period, Defendants carefully monitored customer demand and inventory levels and had access to information that reflected both the cratering demand and the ballooning inventory.

164. To begin with, countless times Defendants stressed that ***Fox kept "a finger on the pulse of demand, which continue[d] to stay strong***." *See, e.g.*, November 4, 2021 conference call, February 24, 2022 conference call, May 5, 2022 conference call, February 23, 2023 conference call ("pulse of the market"), and May 4, 2023 conference call (same).

165. Similarly, Defendant Dennison stressed that they had "***a good view of demand throughout 2022 for both OEM and aftermarket orders***." November 4, 2021 conference call, February 24, 2022 conference call. Indeed, on that February 24, 2022 conference call, Defendant Dennison claimed that it was this "good view of demand" that gave management confidence in its outlook.

166. Additionally, Defendants stressed the communications and relationships they had with the customers. For example, during the February 24, 2022 conference call, Dennison also assured investors that Fox had "***very strong, solid communication with our customers***." Likewise, on the August 3, 2023 conference call, Defendant Dennison assured investors that Fox was "getting pretty good feedback from all of our major customers," noting that "[w]e have a couple that are very transparent with us and giving us a lot of insight as to what they're seeing in trends and markets and things like that."

167. Therefore, Defendant Dennison repeatedly set out that the executives were monitoring the market, demand, and customer orders and/or trends. Additionally, FEs describe databases, such as CRM, that tracked sales data throughout the Class Period and that "pretty much everyone" had access to.

## LOSS CAUSATION

168. Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic losses suffered by Plaintiff and members of the Class. During the Class Period, Plaintiff and Class members purchased or otherwise acquired Fox Factory's common stock at artificially inflated prices caused by Defendants' misconduct, as alleged herein. The price of the Company's common stock declined significantly when the substantial problems and risks concealed by

Defendants were disclosed and/or materialized, and Defendants' material misstatements and omissions were revealed to the market, causing investors' losses.

169. Defendants' misrepresentations and omissions and fraudulent statements, as alleged herein, misrepresented and concealed the true adverse material facts from the market during the Class Period, misleading investors about the true state of Fox Factory's business and the obstacles it was facing.

170. As alleged herein, these material facts were revealed to investors on November 2, 2023 and February 22, 2024.

171. The market reacted swiftly and negatively to Fox's November 2, 2023 disclosure, causing the stock price to decline $22.60 in a single day on unusually high trading volume, resulting in significant losses to investors.

172. Thereafter, on February 22, 2024 Defendants revealed additional information to investors. The market reacted swiftly and negatively to this disclosure, causing the stock price to decline $17.43 in a single day on unusually high trading volume, resulting in significant losses to investors.

## APPLICABILITY OF PRESUMPTION OF RELIANCE

173. Plaintiff and the Class are entitled to a presumption of reliance under *Affiliated Ute Citizens of Utah v. U.S.*, 406 U.S. 128 (1972), because the claims asserted herein against Defendants are predicated upon omissions of material fact for which there was a duty to disclose.

174. Plaintiff and the Class are also entitled to a presumption of reliance pursuant to *Basic Inc. v. Levinson*, 485 U.S. 224 (1988), and the fraud-on-the-market doctrine because the market for Fox common stock was an efficient market at all relevant times by virtue of the following factors, among others:

175. Fox common stock met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient market;

176. Fox regularly communicated with public investors via established market-communication mechanisms, including the regular dissemination of press releases on the national circuits of major newswire services and other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

177. Fox was followed by a number of securities analysts employed by major brokerage firms who wrote reports which were distributed to the sales force and certain customers of their respective brokerage firms. These reports were publicly available and entered the public marketplace.

178. As a result of the foregoing, the market for Fox common stock promptly incorporated current information regarding the Company from publicly available sources and reflected such information in the prices of the common stock. Under these circumstances, all those who transacted in Fox common stock during

the Class Period suffered similar injury through their transactions in Fox common stock at artificially inflated prices and a presumption of reliance applies.

179. Without knowledge of the misrepresented or omitted material facts, Plaintiff and other Class members purchased and/or acquired Fox common stock between the time Defendants misrepresented and failed to disclose material facts and the time the true facts were disclosed. Accordingly, Plaintiff and other Class members relied, and are entitled to have relied, upon the integrity of the market price of Fox common stock and are entitled to a presumption of reliance on Defendants' materially false and misleading statements and omissions during the Class Period.

## CLASS ACTION ALLEGATIONS

180. Plaintiff brings this action as a class action pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure on behalf of a class, consisting of all persons and entities that purchased or acquired Fox common stock between May 6, 2021, and February 22, 2024, inclusive, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

181. The members of the Class are so numerous that the joinder of all members is impracticable. While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds or thousands of members of the proposed Class. Throughout the Class Period, Fox common stock was actively traded on the NASDAQ (an open and efficient market) under the symbol "FOXF." Millions of Fox shares were traded publicly during the Class Period on the NASDAQ. As of October 26, 2023, there were 42,380,934 shares of Fox common stock outstanding. Record owners and other members of the Class may be identified from records maintained by Fox or its transfer agent and may be notified of the pendency of this action by mail, using a form of notice similar to that customarily used in securities class actions.

182. Plaintiff's claims are typical of the claims of the other members of the Class as all members of the Class were similarly affected by Defendants' wrongful conduct in violation of federal laws complained of herein.

183. Plaintiff will fairly and adequately protect the interests of the Class and has retained counsel experienced in class actions and securities litigation. Plaintiff has no interests antagonistic to, or which conflict with, those of the Class.

184. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the Exchange Act was violated by Defendants;
- whether Defendants' statements alleged herein misrepresented material facts or omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;
- whether Defendants acted knowingly or recklessly in issuing materially false and misleading statements;
- whether the price of Fox common stock was artificially inflated because of Defendants' wrongful conduct as alleged herein; and
- whether Class members have sustained damages and, if so, the appropriate measure of damages.

185. A class action is superior to other available methods for the fair and efficient adjudication of this controversy because joinder of all Class members is impracticable. Additionally, the damages suffered by some individual Class members may be relatively small so that the burden and expense of individual litigation make it impossible for them to individually redress the wrong done to them. There will be no difficulty in the management of this action as a class action.

## CLAIMS FOR RELIEF

### COUNT I

### Violation of Section 10(b) of the Exchange Act and SEC Rule 10b-5 (Against All Defendants)

186. Plaintiff repeats and realleges each and every allegation contained in ¶¶1-185 above as if fully set forth herein.

187. During the Class Period, Defendants disseminated or approved the false and misleading statements specified above, which they knew or recklessly disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

188. Defendants violated §10(b) of the Exchange Act and SEC Rule 10b-5 in that they:

a) employed devices, schemes, and artifices to defraud;

b) made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

c) engaged in acts, practices, and a course of business that operated as a fraud or deceit upon Plaintiff and others similarly situated in connection with their purchases of Fox common stock during the Class Period.

189. Each of the Defendants participated directly or indirectly, in the preparation and/or issuance of the annual reports, SEC filings, press releases, and other statements and documents, as described above, including statements made to securities analysts, that were designed to influence the market for Fox Factory common stock. Such reports, filings, releases, and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about Fox Factory's business and operations.

190. Defendants had actual knowledge of the materially false and misleading statements and omissions alleged herein and intended thereby to deceive Plaintiff and the other members of the Class or, in the alternative, Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the statements made, although such facts were readily available to Defendants. Said acts and omissions of Defendants were committed willfully or with reckless disregard for the truth. In addition, each Defendant knew or recklessly disregarded that material facts were being misrepresented or omitted, as described above.

191. As a result of the dissemination of the aforementioned false and misleading public statements, the market price of Fox Factory common stock was artificially inflated throughout the Class Period. In ignorance of the adverse facts concerning Fox Factory's business, which were concealed by Defendants, Plaintiff

and the other members of the Class purchased or otherwise acquired Fox Factory common stock at artificially inflated prices and relied upon the price of the securities, integrity of the market for the securities, and/or statements disseminated by Defendants and were damaged thereby.

192. During the Class Period, Fox Factory common stock was traded on an active and efficient market. Plaintiff and the other member of the Class, relying on the materially false and misleading statements described herein – which Defendants made, issued, or caused to be disseminated – or relying upon the integrity of the market, purchased, or otherwise acquired Fox Factory common stock at prices artificially inflated by Defendants' wrongful conduct. Had Plaintiff and the other members of the Class known the truth, they would not have purchased or otherwise acquired said securities and would not have purchased or otherwise acquired them at the inflated prices that were paid. At the time of the purchases and/or acquisitions by Plaintiff and the Class, the true value of Fox Factory common stock was substantially lower than the prices paid by Plaintiff and the other members of the Class. The market price of Fox Factory common stock declined sharply upon public disclosure of the facts alleged herein damaging Plaintiff and Class members.

193. By reason of the conduct alleged herein, Defendants have knowingly or recklessly – directly or indirectly – violated §10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

194. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases, acquisitions, and sales of the Company's common stock during the Class Period, upon the materialization of the undisclosed risk and/or disclosure of the omitted material information alleged herein.

**COUNT II**
**Violation of Section 20(a) of the Exchange Act**
**(Against the Individual Defendants)**

195. Plaintiff repeats and realleges each and every allegation contained in ¶¶1-185 above as if fully set forth herein.

196. During the Class Period, the Individual Defendants participated in the operation and management of Fox Factory and conducted and participated, directly and indirectly, in the conduct of Fox Factory's business affairs. Because of their senior positions at and/or control of the Company, the Individual Defendants knew the truth about Fox Factory's business, particularly its core operations, demand for its products, its sales pipeline and its growing inventories.

197. As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to Fox Factory's business, and promptly correct any public statements issued by Fox Factory that had become materially false or misleading.

198. Because of their positions of control and authority as senior officers and/or directors, the Individual Defendants were able to, and did, control the contents of the various press releases, presentations to analysts and investors, and public filings that Fox Factory disseminated during the Class Period concerning the Company's business. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause Fox Factory to engage in the wrongful acts complained of herein. The Individual Defendants, therefore, were "controlling persons" of Fox Factory within the meaning of §20(a) of the Exchange Act. In these capacities, the Individual Defendants participated in the unlawful conduct alleged herein, which artificially inflated the market price of Fox Factor's common stock.

199. By reason of above conduct, the Individual Defendants are liable pursuant to §20(a) of the Exchange Act for the violations committed by Fox Factory.

## PRAYER FOR RELIEF

200. Wherefore, Plaintiff, individually and on behalf of the Class, prays for relief and judgment as follows:

A. Declaring this action to be a proper class action pursuant to Fed. R. Civ. P. 23;

B. Awarding Plaintiff and the members of the Class damages in an amount to be proven at trial, including interest thereon;

C. Awarding Plaintiff reasonable costs and expenses incurred in this action, including attorneys' fees and expert fees; and

D. Awarding such further relief as the Court may deem just and proper.

**JURY DEMANDED**

Plaintiff demands a trial by jury.

Dated: April 14, 2025

**Evangelista Worley, LLC**

*/s/ James M. Evangelista*
James Evangelista (GA Bar No. 707807)
10 Glenlake Parkway
South Tower Suite 130
Atlanta, GA 30328
Telephone: 404-596-7334

Amanda F. Lawrence (*pro hac vice*)
Thomas L. Laughlin, IV (*pro hac vice*)
Susan Hu (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: 212-233-6444
Facsimile: 212-233-6334
alawrence@scott-scott.com
tlaughlin@scott-scott.com
shu@scott-scott.com

Brian J. Schall (*pro hac vice*)
Andrew Brown (*pro hac vice*)
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
Facsimile: 310-388-0192
brian@schallfirm.com
andrew@schallfirm.com

*Co-Lead Counsel for Plaintiff Ryan Marselis and the Class*