UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RYAN MARSELIS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FOX FACTORY HOLDING CORP., MICHAEL C. DENNISON, SCOTT R. HUMPHREY, MAGGIE E. TORRES, DENNIS C. SCHEMM, <br><br> Defendants. | Case No. 1:24-cv-00747-TWT <br><br><br> **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiff Ryan Marselis, by and through the undersigned counsel, respectfully submits this Notice of Supplemental Authority in connection with the Court's consideration of Defendants' Motion to Dismiss the Second Amended Complaint (ECF 56).

On August 4, 2025 (after Plaintiff filed his Opposition to Defendants' Motion to Dismiss (ECF 61)), the United States District Court for the District of Columbia issued a Memorandum Opinion and Order in *Hawkins v. Danaher Corp.*, Case No. 23-02055, 2025 WL 2216149 (D.D.C. Aug. 4, 2025) (denying, in part, motion to dismiss securities fraud class action based on alleged false statements of post-COVID demand for defendants' products). A true and correct copy is attached as Ex. 1 hereto.

The court held, in part, that defendants' statements about "present demand" were false and misleading for "omitt[ing] important information about demand" in light of plaintiffs' allegations that COVID driven demand had waned by then, and Defendants' customers were ordering less product because of their excess inventory from orders they had placed during the pandemic's peak. *Id.* at *6. The court also held that plaintiffs adequately alleged scienter, including because Defendants "had sophisticated means of gathering information" from customers, including surveys and dialogue regarding demand, that Defendants advertised same as a strength to investors, and that Defendants prioritized this sector of business. *Id.* at *7.

Respectfully Submitted,

DATED: August 20, 2025

**EVANGELISTA WORLEY, LLC**

 */s/ James M. Evangelista*
James M. Evangelista (GA Bar No. 707807)

10 Glenlake Parkway
South Tower Suite 130
Atlanta, GA 30328
Telephone: 404-596-7334

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Thomas L. Laughlin, IV (*pro hac vice*)
Susan Hu (*pro hac vice*)
Karolina Klyuchnikova (*pro hac vice*)

The Helmsley Building
230 Park Avenue, 24th Floor

2

New York, NY 10169
Telephone: 212-233-6444
Facsimile: 212-233-6334
tlaughlin@scott-scott.com
shu@scott-scott.com
kklyuchnikova@scott-scott.com

**THE SCHALL LAW FIRM**
Brian J. Schall (*pro hac vice*)
Andrew Brown (*pro hac vice*)

2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
Facsimile: 310-388-0192
brian@schallfirm.com
andrew@schallfirm.com

*Co-Lead Counsel for Plaintiff Ryan Marselis and the Class*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on 20th day of August 2025, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/ *James M. Evangelista*
James M. Evangelista