**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| RYAN MARSELIS, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>FOX FACTORY HOLDING CORP., et al.,<br><br>     Defendants. | Civil Action No. 1:24-cv-00747-TWT |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSE TO
PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Fox Factory Holding Corp., Michael C. Dennison, Scott R. Humphrey, Maggie E. Torres, and Dennis C. Schemm (collectively, "Defendants") respectfully move this Court for leave to file the attached response to Plaintiff's Notice of Supplemental Authority.  On August 20, 2025, without seeking leave of court, Plaintiff filed a Notice of Supplemental Authority (the "Notice"), attaching the August 4, 2025, decision in *Hawkins v. Danaher Corp.*, Case No. 23-02055, 2025 WL 2216149 (D.D.C. Aug. 4, 2025).  Rather than providing mere "notice" to the Court, Plaintiff effectively used the filing to re-argue issues already briefed before this Court.

Defendants respectfully seek to file the attached response to show why the *Hawkins* decision is not in any way analogous to the present case.  Good cause exists

1105285897\1\AMERICAS

because the Notice presents an incomplete analysis of the decision and its relevance to this case, and a brief response may assist the Court in distinguishing the cases and resolving the issues before it. *See Coyle Nissan, LLC v. Nissan N. Am., Inc.*, No. 418CV00075TWPTAB, 2020 WL 1469830, at *4 (S.D. Ind. Mar. 26, 2020) (granting defendant's motion for leave to file a response to plaintiff's notice of supplemental authority filed without leave "[i]n the interest of fairness and justice").

A proposed response is attached hereto. Defendants respectfully request that the Court grant leave to file the attached response.

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

*/s/ Joseph C. Weinstein*
Joseph C. Weinstein (admitted *pro hac vice*)
joe.weinstein@squirepb.com
Sean L. McGrane (admitted *pro hac vice*)
sean.mcgrane@squirepb.com
Anna N. Huttner (admitted *pro hac vice*)
anna.huttner@squirepb.com
1000 Key Tower
127 Public Square
Cleveland, OH 44022
(216) 479 8500

Petrina Hall McDaniel
1230 Peachtree Street NE, Ste. 2200
Atlanta, GA 30309
(678) 272 3207
petrina.mcdaniel@squirepb.com

*Counsel for Defendants*

- 2 -

## LOCAL RULE 5.1 CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing has been prepared using Times New Roman, 14-point font.

Dated: August 25, 2025

*/s/ Joseph C. Weinstein*
Joseph C. Weinstein

*An Attorney for Defendants*

1105285897\1\AMERICAS

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on August 25, 2025, by filing it using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Joseph C. Weinstein*
Joseph C. Weinstein

*An Attorney for Defendants*

1105285897\1\AMERICAS