**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

RYAN MARSELIS *Individually and on Behalf of*
*All Others Similarly Situated*,

          Plaintiff,

vs.

FOX FACTORY HOLDING CORP., MICHAEL
C. DENNISON, DENNIS C. SCHEMM,
MAGGIE E. TORRES and SCOTT R.
HUMPHREY,

          Defendants.

CIVIL ACTION FILE

NO. 1:24-cv-00747-TWT

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of Defendants Fox Factory Holding Corp., Michael C. Dennison, Scott R. Humphrey, Maggie E. Torres, and Dennis C. Schemm's motions to dismiss, and the court having granted said motions by orders dated March 13, 2025 and February 10, 2026, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed with prejudice.

Dated at Atlanta, Georgia, this 12th day of February, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/Traci Clements Campbell
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 12, 2026
Kevin P. Weimer
Clerk of Court

By: s/Traci Clements Campbell
    Deputy Clerk